Date: July 24, 2025

1  Kevin: Realworldfare *(formerly Kevin: Walker)*
2  C/o 30650 Rancho California Road # 406-251
   Temecula, California
3  ***non-domestic without*** the U̲nited S̲tates
   Email: team@walkernovagroup.com
4  (310) 923-8521

5  ***R̲espondent, Interested Party,*** Secured Party,
   **Real Party In Interest, Injured Party**
6



FILED
CLERK, U.S. DISTRICT COURT
07/24/2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ AP _____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

7

# UNITED STATES DISTRICT COURT
8
# CENTRAL DISTRICT OF CALIFORNIA
9

10  **MARINAJ PROPERTIES LLC,**
       [*Purported*] Plaintiff,

       AH
       Case No.  5:25-cv-01918-S̶S̶S̶(MAAx)

11     *vs.*

12                                          [Removed from California Superior Court,
                                            for the County of Riverside, Case No.
                                            UDME2500465]

13  ™**KEVIN WALKER,** ™**DONNABELLE**
    **MORTEL©,** *Does 1-10 Inclusive,*
14     [*Purported*] *Defendant(s)/Secured Parties*

       **VERIFIED** NOTICE OF REMOVAL
       **UNDER 28 U.S.C. § 1443(1) FOR**
       **CIVIL RIGHTS DEPRIVATION,**
15     **WITH VERIFIED NOTICE OF VOID**
16     **REMAND ISSUED BY**
       **DISQUALIFIED JUDGE ACTING**
17     **ULTRA VIRES — NO TIME LIMIT**
       **FOR REMOVAL**
18

19     (SPECIAL LIMITED APPEARANCE —
       **EQUITY** JURISDICTION PRESERVED)
20

21  _____

22  TO THE COURT CLERK AND ALL INTERESTED PERSONS:

23  This matter is brought in equity, under the original and exclusive jurisdiction of this

24  Court as authorized by the Constitution of the United States, Article III, Section 2.

25  All statutory jurisdiction is expressly denied and rebutted. This is a Court of

26  Record. All rights are reserved without prejudice pursuant to UCC 1-308

27  Kevin: Realworldfare, **a living man,** private American national, proceeding

28  *sui juris,* **by** *Special Limited Appearance* **only,** NOT as a "Defendant," **not**

Page 1 of 11

Date: July 24, 2025

**pro se**, **not a "resident",** and **not** a U.S. citizen under the 14th Amendment, but as the *Real Party in Interest* and *Secured Party, Injured Party, Master Beneficiary, and Respondent* for the ens legis, artificial entity, and corporate fiction **KEVIN LEWIS WALKER** (hereinafter *Purported* "Defendant" or "ENS LEGIS"), hereby gives formal notice of removal of the above-captioned action from the Superior Court of California for the County of Riverside to the United States District Court for the Central District of California, pursuant to **28 U.S.C. § 1443(1)**. This removal is based **exclusively** on the invocation of federally protected **civil rights** that cannot be enforced in the California state court forum.

## I. STATE COURT IDENTIFICATION

The removed action is styled:

    **MRINAJ PROPERTIES LLC, et al. v. KEVIN WALKER**,

    Superior Court Case No. UDME2500465

    County of Riverside, California.

The subject matter involves an unlawful attempt to dispossess the real party in interest of real property located at:

    **31990 Pasos Place, Temecula, California 92591 (APN: 957-570-005).**

## II. BASIS FOR REMOVAL – 28 U.S.C. § 1443(1)

This action is removed pursuant to **28 U.S.C. § 1443(1)**, which mandates federal removal where a defendant is:

"denied or *cannot* enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States…"

This provision operates as a federal jurisdictional override where state proceedings constitute a systemic denial of federally guaranteed rights under color of state law. Removal under § 1443(1) is proper and required when the record demonstrates, as it does here, that the defendant:

The state court has and continues to:

Date: July 24, 2025

- **Ignore and refuse to adjudicate unrebutted verified affidavits**, constituting binding judicial admissions under both federal and state law;

- **Disregard *perfected* and recorded UCC security interests,** including prior claims to title under governing commercial and equity law;

- **Deny access to lawful remedy in equity** by enforcing void instruments, enabling fraudulent conveyance, and insulating facially defective claims.

The removal is compelled by active and ongoing violations of federally secured rights under **42 U.S.C. § 1983**, including:

- **Deprivation of due process** through extra-jurisdictional rulings;

- **Suppression of equal protection** by procedural weaponization of court rules;

- **Obstruction of private access to a neutral tribunal**, contrary to the Fourteenth Amendment.

Pursuant to **Georgia v. Rachel**, 384 U.S. 780, 794 (1966), and **Johnson v. Mississippi**, 421 U.S. 213, 219 (1975), **§ 1443(1) removal is not only permitted but required where the defendant asserts:**

Rights explicitly granted under federal civil rights statutes (e.g., § 1983), and

That such rights are **systematically obstructed** by the state court itself, rendering enforcement impossible.

This standard is **unequivocally met here**. The California state court forum has functioned as a tool of retaliation, deprivation, and commercial harm.

To compound the violation, the prior remand order was issued by a judge disqualified under **28 U.S.C. § 144**, with no lawful authority to act. That order was:

- **Unsigned**,

- **Unsealed**, and

- **Silent on § 1443(1)** — rendering it **void ab initio**, a legal nullity with no binding effect.

Page 3 of 11

Where the first remand did **not** address the merits of civil rights removal, a **second removal under 28 U.S.C. § 1443(1) is not barred**:

> "The bar only applies where the remand was 'on the merits.'"

> — *FDIC v. Santiago Plaza*, 598 F. Supp. 2d 233, 237 (D.P.R. 2009)

> — *Seedman v. U.S. Dist. Ct.*, 837 F.2d 413, 414 (**9th Cir.** 1988)

**Here, the prior remand failed to address § 1443(1) at all.** Accordingly, this **renewed and exclusive invocation of 28 U.S.C. § 1443(1)** is procedurally proper and substantively mandatory. No judicial order has yet lawfully reviewed the civil rights removal on its merits. As such, jurisdiction remains in the federal forum, and any further attempt to obstruct this removal constitutes **fraud, deprivation of rights under color of law, and federal offenses under 18 U.S.C. §§ 241, 242**.

### III. THIS IS NOT A "SUCCESSIVE REMOVAL" — THIS IS ENFORCEMENT OF *UNDIVESTED* FEDERAL JURISDICTION AFTER A *VOID* REMAND

This action does not constitute a second or successive removal. Rather, it is the lawful enforcement of federal jurisdiction that properly attached under **28 U.S.C. § 1443(1)**, which has **never been lawfully divested**, and remains intact **by operation of law**.

> **"The bar on successive removals <u>only</u> applies when the original remand order was based on a substantive determination of the federal court's jurisdiction."**

> — *FDIC v. Santiago Plaza*, 598 F. Supp. 2d 233, 237 (D.P.R. 2009)

> — *Seedman v. U.S. Dist. Ct.*, 837 F.2d 413, 414 (9th Cir. 1988)

Here, **no such adjudication ever occurred**. The prior remand was **not based on a ruling on the merits** of Respondent's/Real Party In Interest's/Secured Party's properly invoked civil rights removal under **28 U.S.C. § 1443(1)**. Instead, the district court remanded sua sponte without a motion, hearing, or substantive analysis of the federal question, and in **complete omission of Respondent's/Real Party In Interest's/Secured Party's stated civil rights claims** under **42 U.S.C. §§ 1983 and 3617**, among others.

Worse, the remand was issued **after Respondent's/Real Party In Interest's/Secured Party's filed a Verified Affidavit of Bias and Prejudice under 28 U.S.C. § 144**, which by law **divested the assigned judge of all jurisdiction to act.** Any order issued thereafter — including the remand — is **void ab initio,** legally nonexistent, and without force. It cannot trigger the "remand" clause of 28 U.S.C. § 1446(d) because no lawful remand ever occurred.

> **"A void order is no order at all. It confers no rights, it is entitled to no respect, and it does not divest or confer jurisdiction."**
>
> — *Valley v. Northern Fire & Marine Ins. Co.*, 254 U.S. 348 (1920)
>
> — *United States v. Throckmorton*, 98 U.S. 61 (1878)

Therefore, federal jurisdiction remains intact, and this filing is properly titled and styled as a **Verified Enforcement of Federal Jurisdiction**, not a second removal. The Respondent/Real Party In Interest/Secured Party is not seeking to remove anew but to vacate a **fraudulent, void remand order** and to **reassert original jurisdiction under § 1443(1)**, which was never defeated, rebutted, or lawfully relinquished. The bar on successive removals is wholly inapplicable to this matter. Any contrary assertion constitutes an attempt to validate fraud, violate due process, and unlawfully shield ultra vires judicial acts from correction.

## IV. PROCEDURAL REQUIREMENTS

This removal is brought solely under **28 U.S.C. § 1443(1)**, which provides for removal of a state court action **at any time before trial** when a defendant is unable to enforce federally protected civil rights in the state forum.

Unlike removals under other statutes, **§ 1443(1) is NOT subject to the 30-day limitation in § 1446(b)**. The statute expressly permits removal **whenever** it becomes evident that enforcement of federal civil rights is obstructed by the state process. That standard is met here.

This Notice of Removal will be promptly filed with the Clerk of the Superior Court of California, County of Riverside, and served on all adverse parties. Upon such

Date: July 24, 2025

filing and service, **the state court is immediately divested of jurisdiction**, and any further proceedings are unlawful and void under the Supremacy Clause and governing federal removal authority.

### V. THE PRIOR REMAND ORDER IS A LEGAL NULLITY: UNSIGNED, JURISDICTIONALLY DEFECTIVE, AND ISSUED BY A DISQUALIFIED JUDGE ACTING ULTRA VIRES

The so-called remand order issued in the prior federal matter (**Case No. 5:25-CV-01450**) is a **legal nullity** — wholly void and of no force or effect. It was:

- **Unsigned** and **unsealed**, in violation of **Fed. R. Civ. P. 58(a)** and local rules requiring authenticated entry of judgment;

- Issued **without jurisdiction**, following the filing of a **Verified Affidavit of Bias and Prejudice** under **28 U.S.C. § 144**, which by law **immediately divested** the presiding judge — **Sunshine Suzanne Sykes** — of any further authority in the case;

- Executed in direct **omission of controlling federal jurisdiction** under **28 U.S.C. § 1443(1)** and **42 U.S.C. §§ 1983 and 3617**;

- Committed **ultra vires**, outside any lawful authority, and in open violation of federal due process and civil rights law.

**"A void judgment is a legal nullity, subject to attack at any time in any court, and binds no one."**

— *Valley v. Northern Fire & Marine Ins. Co.*, 254 U.S. 348 (1920)

— *Ex parte Craig*, 282 F. 138 (2d Cir. 1922), cert. denied, 260 U.S. 745 (1923)

At the time of the remand, Judge Sykes was already disqualified **by operation of law** under **28 U.S.C. § 144**, having been served a **verified affidavit** containing facts and sworn testimony evidencing personal bias, prejudice, and misconduct. **Upon receipt of that affidavit, the judge was immediately stripped of all jurisdiction**, and any subsequent act is **void ab initio**, including the unlawful remand.

1   "The judge shall proceed no further therein, but another judge shall be assigned

2   to hear such proceeding." — **28 U.S.C. § 144**

3   This statutory command is **mandatory and self-executing**. The Ninth Circuit has

4   repeatedly held that:

5   **"Once a proper affidavit is filed pursuant to 28 U.S.C. § 144, the judge is**

6   **automatically disqualified and can take no further action in the case."**

7   — *United States v. Sibla*, 624 F.2d 864, 867 (9th Cir. 1980)

8   **"If the affidavit is legally sufficient, the judge must recuse himself and may**

9   **take no further action except to refer the motion to another judge."**

10  — *United States v. Hernandez*, 109 F.3d 1450, 1453 (9th Cir. 1997)

11  "Any orders entered by a judge disqualified under § 144 are **a nullity and void**

12  **ab initio**, regardless of their facial appearance."

13  — *United States v. Azhocar*, 581 F.2d 735, 738–39 (9th Cir. 1978), cert. denied, 440

14  U.S. 907 (1979)

15  Therefore, **Judge Sykes' remand order, issued after disqualification, is a legal**

16  **nullity**, unenforceable and without jurisdictional foundation. Her continued

17  involvement in the matter after verified disqualification constitutes **ultra vires**

18  **conduct** and **fraud upon the court**.

19  Because the remand was entered *__after__* judicial disqualification, and in

20  total disregard of mandatory federal jurisdiction under § 1443(1), **no**

21  **lawful remand occurred**. The document labeled a "remand" has **no**

22  **signature, no legal authority, and no jurisdictional basis —** it is an

23  **illusory act committed under color of law and in direct violation of**

24  **federal statutory command**.

25  Moreover, the disqualified judge in question — **Sunshine Suzanne Sykes** — is now

26  the subject of an impending **personal civil suit** for her **ultra vires conduct**,

27  including:

28  •   Knowingly issuing void orders after disqualification;

- Depriving Respondent/Real Party In Interest/Secured Party of due process rights under color of law;

- Obstructing justice, engaging in judicial fraud, and violating civil rights protections under **42 U.S.C. §§ 1983, 1985, and 1986**.

**"When a judge acts where he or she has no jurisdiction, and particularly after being disqualified by law, they engage in conduct outside the judicial function, and are therefore not immune."**

— *Gregory v. Thompson*, 500 F.2d 59 (9th Cir. 1974)

— *Rankin v. Howard*, 633 F.2d 844 (9th Cir. 1980)

Thus, the prior remand cannot serve as a basis for resuming state court jurisdiction under 28 U.S.C. § 1446(d), because **no valid remand was ever issued**. This enforcement action seeks to vacate the void order, restore original jurisdiction, and formally bar all downstream actions taken in reliance on the null remand.

## VI. EXHIBITS

Attached as exhibits are true and correct copies of all pleadings, filings, and orders served or filed in the state court action, including but not limited to:

- **Exhibit A:** Unlawful Detainer Filed

- **Exhibit B:** Defendants' <u>VERIFIED</u> Response and Demand for Dismissal of Fraudulent Unlawful Detainer AND <u>SANCTIONS</u> AGAINST PLAINTIFF and Demand FOR CONSIDERED AND STIPULATED JUDGEMENT, and Demand FOR QUIET TITLE AND Demand for Summary JudgEment in Favor of DefendantS, as <u>a matter of law</u> (Filed March 22, 2025).

- **Exhibit C:** <u>VERIFIED</u> MOTION AND DEMAND TO DISMISS UNLAWFUL DETAINER ACTION FOR LACK OF SUBJECT MATTER JURISDICTION, FRAUD UPON THE COURT, AND PENDING RESOLUTION OF SUPERIOR TITLE IN CIVIL CASE NO. CVME2504043 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT (Filed May 24, 2025).

- **Exhibit D:** <u>VERIFIED</u> NOTICE OF RELATED CASE (Case No. CVME2504043) (Filed May 24, 2025)

## VII. NOTICE

17.Concurrently with the filing of this Notice, Purported Cross-Defendant shall cause a copy of this Notice of Removal to be filed with the Clerk of the Superior Court of California for the County of Riverside. A copy of the Notice of Removal to be filed in the State Court Action is attached hereto as **Exhibit K.**

## VIII. CONCLUSION

WHEREFORE, the ***Real Party in Interest, Secured Party, Injured Party, Master Beneficiary, and Respondent* Kevin: Realworldfare** hereby **removes this action pursuant to 28 U.S.C. § 1443(1)** for ongoing and unrebutted **civil rights violations**, and provides this <u>**Verified**</u> **Notice of Void Remand Order** previously issued **without jurisdiction** by a disqualified judge acting **ultra vires**.

Federal jurisdiction under **28 U.S.C. § 1443(1)** attaches by operation of law upon the filing of this Verified Notice, and **preempts all further proceedings in the State forum**. Under **28 U.S.C. § 1446(d)**, the State court is **divested of all authority** the moment this notice is filed and served. Any further action attempted by the State court or its actors shall constitute a continuing and willful violation of **federal law**, **due process**, and the **Supremacy Clause of the United States Constitution**.

"The State court shall proceed no further…" — 28 U.S.C. § 1446(d)

Any judicial officer or party proceeding in disregard of this removal does so **under color of law**, in open **defiance of controlling federal authority**, and may be held personally liable for **civil rights violations**, **fraud upon the court**, and **ultra vires acts**.

Kevin: Realworldfare demands immediate recognition of federal jurisdiction and full enforcement of constitutional and statutory protections under **28 U.S.C. §§ 1443(1), 1446(d)**, and **42 U.S.C. §§ 1983**

Date: July 24, 2025

1

## **VERIFICATION:**

2

### **Pursuant to 28 U.S.C. § 1746**

3  I, Kevin: Realworldfare, over the age of 18, competent to testify, and having
4  **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify,**
5  **affirm, and state** under penalty of perjury under the laws of the **United States of**
6  **America and the State of California**, that the foregoing statements are **true, correct,**
7  **and complete**, to the best of my **understanding, knowledge, and belief**, and made
8  in **good faith**.

9  Executed, signed, and sealed this 24th day of July in the year of Our Lord two
10  thousand and twenty five, *without* the United States, **with all rights reserved and**
11  **without recourse and without prejudice.**

12          **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

13

14          By: _Kevin: Realworldfare_

15          **Kevin: Realworldfare**, *Real Party In Interest,*
16          *Respondent, Secured Party, Injured Party*

17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

VERIFIED NOTICE OF REMOVAL UNDER 28 U.S.C § 1441(1) FOR CIVIL RIGHTS DEPRIVATION, WITH VERIFIED NOTICE OF VOID REMAND ISSUED BY DISQUALIFIED JUDGE ACTING ULTRA VIRES — NO TIME LIMIT FOR REMOVALL

Date: July 24, 2025

# P R O O F   O F   S E R V I C E

STATE OF CALIFORNIA          )

                             )          ss.

COUNTY OF RIVERSIDE          )

I competent, over the age of eighteen years, and not a party to the within action.  On or about **July 24, 2025**, I served the within documents:

**1.   VERIFIED NOTICE OF REMOVAL UNDER 28 U.S.C. § 1443(1) FOR CIVIL RIGHTS DEPRIVATION, WITH VERIFIED NOTICE OF VOID REMAND ISSUED BY DISQUALIFIED JUDGE ACTING ULTRA VIRES — NO TIME LIMIT FOR REMOVAL**

**2.                         Exhibits A through K**

**By Electronic Service.**  Based on a court order and/or an **agreement of the parties** to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Naji Doumit, Mary Doumit, Daniel Doumit
C/o **NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**
louisatoui3@yahoo.com
najidoumit@gmail.com

John L. Bailey (#103867), Therese Bailey (#171043)
C/o **THE BAILEY LEGAL GROUP**
jbailey@tblglaw.com
tbailey@tblglaw.com

Barry-Lee: O'Connor (#134549)
C/o **BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES**
udlaw2@aol.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on **July 24, 2025** in Riverside County, California.

_____*/s/Chris Yarbra/*_____
Chris Yarbra

-Exhibit A-

# -Exhibit B-

Registered Mail #RF775824314US — Dated: March 22, 2025

Kevin Walker, *sui juris*, *In Propria Persona*.
Donnabelle Mortel, *sui juris*, *In Propria Persona*.
C/o 30650 Rancho California Road # 406-251
Temecula, California [92591]
non-domestic *without* the United States
Email: team@walkernovagroup.com

***Attorney(s)-In-Fact***, *Executor(s), and Authorized Representative(s),*
for Real Party(ies) In Interest and Plaintiff(s)
LWY RIDERS LLC, ™NEW BEGINNINGS© TRUST

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF RIVERSIDE

MARINAJ PROPERTIES LLC,

      *[Purported] Plaintiff,*

      *vs.*

™KEVIN WALKER© ESTATE, ™KEVIN WALKER, ™DONNABELLE MORTEL© ESTATE, ™DONNABELLE MORTEL©, *Does 1-10 Inclusive*,

      *Defendant(s)/Real Party(ies) in Interest*

Case No. UDME 2500465

**DEFENDANTS' <u>VERIFIED</u> RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS, AS <u>A MATTER OF LAW</u>.**

<u>**DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS, AS A MATTER OF LAW.**</u>

**COMES NOW**, *Purported* Defendants ™**KEVIN WALKER© ESTATE**, ™**KEVIN WALKER**, ™**DONNABELLE MORTEL© ESTATE**, ™**DONNABELLE MORTEL©** (hereinafter "Defendants" and/or "Purported Defendants" and/or "Real Party(ies) in Interest"), by and through their Attorney(s)-in-Fact, **Kevin: Walker** and **Donnabelle: Mortel**, who are both proceeding *sui juris*, *In Propria Persona*, and by

Registered Mail #RF775824314US — Dated: March 22, 2025

*Special Limited Appearance*. Kevin is living man and Donabelle a living woman, each are one of the people, a natural freeborn Sovereign, and a national/non-citizen national, invoking their **inherent,** *unalienable*, and constitutionally **secured** and **protected** rights, and exercising the authority granted by executed '**Affidavit: Power of Attorney In Fact'** (attached hereto as Exhibit A).

The Plaintiffs, acting through their Attorney(s)-In-Fact, proceed in accordance with their *unalienable* right to contract, as **secured** and **protected** by the Constitution of the United States of America, and in particular **Article I, Section 10** of the Constitution, which states:  "No State shall... pass any Law impairing the Obligation of Contracts."

## I.    ~~FRAUDULENT~~ NATURE OF ALL PLAINTIFFS' ACTIONS AND CLAIMS: Purported Plaintiffs Presumed in DISHONOR and DEFAULT

1. Defendants assert and affirm that the entirety of this action by the *purported* Plaintiffs is predicated on **fraudulent claims.**

2. The Plaintiff, who **purports** to have '**standing**' to bring this action, is in fact a Defendant in a pre-existing claim and legal matter and purported Plaintiffs are in DEFAULT and DISHONOR.  A copy of the Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION and LIEN AUTHORIZATION in those matters is attached as **Exhibit K and incorporated herein by reference**.

## II.                    Constitutional Basis:

Plaintiffs assert that their private rights are secured and protected under the **Constitution**, **common law**, and **exclusive equity**, which govern their ability to freely contract and protect their property and interests..

Plaintiffs respectfully assert and affirm:

- "The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his **private** business in his own way. **His power to contract is** *unlimited*. He owes no such duty [to submit his books and papers for an examination] to the

DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND  FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS

Registered Mail #RF775824314US — Dated: March 22, 2025

State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights." (*Hale v. Henkel*, 201 U.S. 43, 47 [1905]).

- "The claim and exercise of a constitutional **right cannot** be converted into a crime."—Miller v. U.S., 230 F 2d 486, 489.

- "Where **rights secured by** the Constitution are involved, **there can be no rule making or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.

- "There can be no sanction or penalty imposed upon one because of this exercise of constitutional **rights**." —Sherar v. Cullen, 481 F. 945.

- "A law repugnant to the Constitution is **void**." — *Marbury v. Madison*, 5 U.S. (1 Cranch) 137, 177 (1803).

- "It is not the duty of the citizen to surrender his rights, liberties, and immunities under the guise of police power or any other governmental power."— *Miranda v. Arizona*, 384 U.S. 436, 491 (1966).

- "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed."— *Norton v. Shelby County*, 118 U.S. 425, 442 (1886).

- "No one is bound to obey an unconstitutional law, and no courts are bound to enforce it."— *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec. 256.*

- "Sovereignty itself remains with the people, by whom and for whom all government exists and acts."— *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).

DEFENDANTS' VERIFIED RESPONSE and DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS

Registered Mail #RF775824314US — Dated: March 22, 2025

## III.                    Supremacy Clause

Plaintiffs respectfully assert and affirm that:

- **The Supremacy Clause** of the Constitution **of the U**nited **S**tates (**Article VI, Clause 2**) **establishes** that **the Constitution**, federal laws made **pursuant to it**, and treaties **made under its authority**, constitute the **"supreme Law of the Land"**, and thus **take priority over any conflicting state laws.** It provides that state courts are bound by, and state constitutions subordinate to, the supreme law. However, federal statutes and treaties must be within the parameters of the Constitution; **that is, they must be pursuant to** the federal government's **enumerated powers**, and **not violate other constitutional limits on federal power …** As a constitutional provision identifying the supremacy of federal law, the Supremacy Clause assumes the underlying priority of federal authority, **albeit only when that authority is expressed in the Constitution itself**; **no matter what** the federal or state governments **might wish to do**, they **must** stay within the boundaries of the **Constitution.**

## IV. DESCRIPTION OF AFFECTED *PRIVATE* TRUST PROPERTY

This action affects title to the private Trust property (herein referred to as "private property" and/or "subject property") situated in the county of Riverside, California, commonly described as a '31990 Pasos Place, Temecula, California,' and described as follows: Lot 5 of Tract No. 23209, in the City of Temecula, California, County of Riverside, on file in Book 320, Pages 79 through 97 records of Riverside County, California,' hereinafter referred to as the "Property," and **all** bonds, securities, Federal Reserve Notes, assets, tangible and intangible, registered and unregistered, and more particularly described in the Authentic **UCC1 filing and NOTICE #2024385925-4** and **#2024385935-1**, **and UCC3 filing and NOTICE #**2024402433-7 and 2024411182-7, all Filed in the Office of Secretary of State State Of Nevada. Attached hereto as **Exhibits B, C, D, and E** respectively, and incorporated herein by reference.

Registered Mail #RF775824314US — Dated: March 22, 2025

This action also affected any titles, investments, interests, principal amounts, **credits**, funds, assets, bonds, Federal Reserve Notes, notes, bills of exchange, entitlements, negotiable instruments, or similar collateralized, hypothecated, and/ or securitized items in any manner tied to Plaintiffs' signature, promise to pay, order to pay, endorsement, credits, authorization, or comparable actions (collectively referred to hereinafter as "Assets").

III.                              <u>**STANDING**</u>

**Defendants** assert as **established**, **considered**, and <u>**admitted by Plaintiffs**</u> in the *unrebutted* verified **affidavits** and contract and security agreements:

**1.**   *Purported* Defendants are master beneficiaries, secured parties, executors, trustees and/or fiduciaries of the subject property, and ' holders in due course' of all assets, intangible and tangible.

**2.**  *Purported* Defendants is/are <u>**undisputedly**</u> the **Creditor(s)**.

**3.**  Defendants all have explicitly reserved <u>**all**</u> of their rights, also in accordance with U.C.C. § 1-308, **and** have **waive <u>none</u>**.

**4.**   Defendants alone <u>undisputedly</u> have exclusive, sole, absolute, and complete '**standing'.**

**5.**   The Plaintiff is **the <u>DEBTORS</u>** in this matter.

**6.**   The Plaintiff is <u>**NOT**</u> the CREDITOR, or an ASSIGNEE of the CREDITOR, in this matter.

**7.**   The Plaintiff does <u>**NOT**</u> have power of attorney in any way.

**8.**   The Plaintiff does <u>**NOT**</u> have '**standing'**.

**9.**  Accordingly, Defendants maintain **exclusive and sole standing** in relation to said assets and their interests, as duly recorded and affirmed by these filing.

**10.** The Plaintiff in this matter does <u>**NOT**</u> have **any** valid interest or standing.

**11.** The Plaintiff in this matter do <u>**NOT**</u> have a valid claim to the **'Property'** (31990 Pasos Place, Temecula, California,' and described as follows: Lot 5 of Tract No. 23209, in the City of Temecula, California, County of Riverside, on file in Book

DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND, FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS AND DEMAND FOR DISMISSAL WITH PREJUDICE

Registered Mail #RF775824314US — Dated: March 22, 2025

320, Pages 79 through 97 records of Riverside County, California), or any of the respective Assets, registered and unregistered, tangible and intangible.

12. **Defendants' standing** is further affirmed and evidenced by the **GRANT DEED** recorded in Official Records County of Riverside, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private trust property is titled to '<u>WG **Private Irrevocable** Trust, dated Febraury 7, 2022</u>'.  Attached hereto as **Exhibit G**, and incorporated herein by reference.

# IV. STATEMENT OF FACTS

1. On **December 5, 2022**, a **GRANT DEED** (DOC #2022-0490841, File No.: 30291 KH) was recorded in the **Official Records of Riverside County** for **APN: 957-570-005**. (See Exhibit F)

2. On **September 27, 2024**, a **GRANT DEED** (DOC #2024-0291980, File No.: 37238 KH) was recorded in the **Official Records of Riverside County** for **APN: 957-570-005**. (See Exhibit G)

3. On **February 13, 2024** a **UCC-1 Financing Statement** and **Notice #2024385925-4** were properly filed. (See Exhibit B)

4. On **February 13, 2024** a **UCC-1 Financing Statement** and **Notice #20243859351–4** were properly filed. (See Exhibit C)

5. On **April 30, 2024**, a **UCC-3 Amendment** and **Notice #2024402433-7** were properly filed. (See Exhibit D)

6. On **June 15, 2024**, a **UCC-3 Amendment** and **Notice #2024402433-7** were properly filed. (See Exhibit D)

7. On **January 17, 2025**, a fraudulent **'TRUSTEE'S DEED UPON SALE'** (Doc. #2025-0017386) was recorded. This deed is **void *ab initio***, as the individual executing the **purported** transfer or sale **lacked lawful title and legal authority** to do so.

8. **No transfer or assignment of title** has occurred since the recording of **GRANT DEED #2024-0291980 on September 27, 2024.**

Registered Mail #RF775824314US — Dated: March 22, 2025

9. Any **deed**—including, but not limited to, a **'TRUSTEE'S DEED UPON SALE' (Doc. #**2025-0017386**)**—presently in the **Plaintiff's possession** constitutes a **product of fraud** and is therefore **null and void *ab initio***, having a**bsolutely no legal force or effect**.

10. The **private trust property** *remains* **private trust property** and is the property of an **irrevocable**, *non*-statutory trust.

**13.** Defendants are **undisputedly** the *Real Party(ies) in Interest*, **Creditor(s)**, and Holder(s) in Due Course, in accordance with § 3-302 of the U.C.C. (Uniform Commercial Code), of all assets, registered and unregistered, tangible and intangible, and hold *allodial* title to all assets. This is further evidenced by the following UCC filings, all duly filed in the Office of the Secretary of State, State of Nevada: **UCC1 filing #2024385925-4** and **#2024385935-1**, **and UCC3 filing #**2024402433-7 and 2024411182-7 (Exhibits B, C, D, and E).

**14.** Plaintiff remains in dishonor and default as evidenced by the unrebutted affidavits and contract and security agreements (Exhibits H, I, J, and K).

## V.    DEFENDANTS' *EXCLUSIVE* RIGHT TO EQUITY AND TRUE OWNERSHIP OF PRIVATE TRUST PROPERTY

**1. Exclusive Right to Equity**:

The Defendants hold the exclusive right to equity in the private trust property as the sole beneficiaries and equitable title holders. **"Equity regards the beneficiary as the true owner."** (Jus accrescendi inter mercatores locum non habet – The right of survivorship has no place among merchants.) No party may claim a superior interest absent a lawful and valid contract knowingly, voluntarily, and intentionally entered into by the Defendants. Any adverse claim not supported by a lawful agreement is void ab initio.

**2. Superior Equitable Interest**:

It is a fundamental principle that **"Equity regards substance rather than form."**

Registered Mail #RF775824314US — Dated: March 22, 2025

The Defendants' equitable title remains intact despite any mere legal titleholder's claims, as the equitable owner is the true owner. No constructive or resulting trust may be imposed upon the Defendants absent an express agreement supported by full disclosure and valuable consideration. **"A trust once established is not easily overturned."**

**3. Private Trust Property Protection:**

The **private trust property** remains outside the reach of unauthorized claims, as the Defendants have not granted jurisdiction, standing, or authority to any third party. **"Equity will not suffer a wrong without a remedy."** Any attempt to deprive the Defendants of their rightful ownership constitutes **fraud, conversion, and an unlawful taking in violation of trust law** *principles*. **"What is mine cannot be taken from me without my consent."** (Quod meum est sine me auferri non potest.)

**4. Legal and Equitable Maxim of Ownership:**

Under fundamental equitable principles, **"Where the equities are equal, the first in time prevails."** The Defendants' claim predates **any** competing interest, as their rights derive from original title, not from a subsequent claim or assignment. **"The law helps those who are vigilant, not those who sleep on their rights."** (Vigilantibus non dormientibus jura subveniunt.) As first in time and right, the Defendants' ownership remains unimpeachable in equity and law.

**5. Assertion of True Ownership:**

The Defendants assert their rightful ownership of the private trust property and demand recognition of their exclusive equitable title. **"A right cannot arise from a wrong."** (Ex injuria jus non oritur.) Any conflicting claims, encumbrances, or adverse interests constitute an unjust interference with the Defendants' vested rights and must be extinguished. **"Equity looks to the intent, not the form."** (Equitas intutit, non formam.)

# VI.    TRUSTEE'S DEED OF SALE IS VOID *AB INITIO* AND WITHOUT LEGAL EFFECT

The purported **Trustee's Deed of Sale** is **void *ab initio***, meaning it is legally null from inception and has no force or effect. A void deed ***cannot* convey title, create a legal interest, or serve as the basis for any lawful claim**. It is inherently unlawful and **carries no legal weight**.

**1. UNCONSTITUTIONAL DEPRIVATION OF PROPERTY RIGHTS**

The issuance of the Trustee's Deed of Sale constitutes an **unlawful taking** without due process, violating fundamental constitutional protections. Any action that deprives an individual of property without full and fair adjudication **is null and void from the outset**.

The **Fifth and Fourteenth Amendments** on the Constitution prohibit deprivations of life, liberty, or property without due process of law. A fraudulent, deceptive, or coercive sale process **strips the proceeding of any legal authority**, making the resulting deed inherently invalid.

**2. *Purported* TRUSTEE LACKED AUTHORITY TO TRANSFER TITLE**

A **trustee can only transfer what they lawfully possess**. If the underlying claim was tainted by fraud, coercion, or misrepresentation, the trustee **had no lawful authority to sell the property or issue a deed**.

A void act **has no effect**, and no rights can be transferred through an invalid process. As a result, the Trustee's Deed is a **nullity with no legal standing**.

**3. NO LEGAL OR EQUITABLE INTEREST CREATED**

Because the Trustee's Deed of Sale is *void ab initio*, it **does not convey any valid legal or equitable interest in the property**. No party—whether an alleged buyer, assignee, or subsequent claimant—can lawfully derive rights from a void instrument.

Courts have long recognized that **a deed issued under fraudulent, unlawful, or constitutionally defective circumstances is worthless** and cannot serve as the basis for any claim to title or possession.

Registered Mail #RF775824314US — Dated: March 22, 2025

# 4. DEMAND FOR DECLARATORY RELIEF – QUIET TITLE

Given the foregoing, the Court must:

1. **Declare the Trustee's Deed of Sale null and void** as it is legally defective.

2. **Remove and strike any record of the deed from county land records.**

3. **Restore title to its rightful status, free of any unlawful encumbrances.**

Any continued reliance on the void deed constitutes **fraud, slander of title, and unlawful conversion**, subjecting the parties involved to **civil and criminal liability**

# VII.  Plaintiff's *Presumption* of Dishonor under U.C.C. § 3-505 and *Evidence* Proving Defendant's Dishonor

1. The failure of Plaintiff to rebut or provide any valid evidence of their performance is further confirmed by the, 'AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION"/Self-Executing Contract Security Agreement (Exhibit K), which is **duly notarized** and complies with the requirements of U.C.C. § 3-505.

2. Under U.C.C. § 3-505, a document regular in form, such as the notarized Affidavit Certificate serves as evidence of dishonor and creates a **presumption** of dishonor.

   **U.C.C. § 3-505.** *Evidence* **of Dishonor:**

   (a) The following are admissible as evidence and create a presumption of dishonor and of any notice of dishonor stated:

   (1) A document regular in form as provided in subsection (b) which purports to be a protest;

   (2) A purported stamp or writing of the drawee, payor bank, or presenting bank on or accompanying the instrument stating that acceptance or payment has been refused unless reasons for the refusal are stated and the reasons are not consistent with dishonor;

   (3) A book or record of the drawee, payor bank, or collecting bank, kept in the usual course of business which shows dishonor, even if there is no evidence

Registered Mail #RF775824314US — Dated: March 22, 2025

1    of who made the entry.

2    (b) A protest is a certificate of dishonor made by a United States consul or vice consul, or

3    a notary public or other person authorized to administer oaths by the law of the place

4    where dishonor occurs. It may be made upon information satisfactory to that person. The

5    protest must identify the instrument and certify either that presentment has been made or,

6    if not made, the reason why it was not made, and that the instrument has been dishonored

7    by nonacceptance or nonpayment. The protest may also certify that notice of dishonor has

8    been given to some or all parties.

9    3.  The notarized 'AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT,

10    JUDGEMENT, and LIEN AUTHORIZATION"/Self-Executing Contract Security Agreement

11    (Exhibit K), complies with these requirements and serves as a formal protest and **evidence of**

12    **dishonor** under **U.C.C. § 3-505**, as it clearly documents Plaintiff's refusal to respond or provide

13    the necessary rebuttal to Defendants' **verified** claims.

14    4.  Plaintiff **has not** submitted any evidence to contradict or rebut the statements

15    made in the **affidavits.** As a result, the facts set forth in the affidavits are deemed

16    true and uncontested. *Additionally,* the **California Evidence Code § 664** and

17    related case law support the *presumption* that official duties have been regularly

18    performed, and *unrebutted* affidavits stand as **Truth.**

19    5.  Plaintiff may **not** argue, controvert, or otherwise protest the finality of the

20    **administrative findings** established through the *unrebutted* affidavits. As

21    per established legal **principles,** once an **affidavit** is submitted and not

22    rebutted, **its content is accepted as true**, and Plaintiff is barred from

23    contesting these findings in subsequent processes, **whether administrative**

24    **or judicial.**

25    VIII.        *UNREBUTTED* AFFIDAVITS, STIPULATED FACTS, CONTRACT

26           SECURITY AGREEMENT, AND AUTHORIZED JUDGEMENT AND LIEN

27    1.  Plaintiff and Defendants are parties to certain Contract and Security

28    Agreements, specifically contract security agreement numbers EI988807156US,

Registered Mail #RF775824314US — Dated: March 22, 2025

RF775822865US, RF775823755US, **and** RF775824288US. Each contract security agreement and/or self-executing contract security agreement was received, considered, and agreed to by Plaintiffs through silent acquiescence, tacit agreement, and tacit procuration. Each contract also includes a corresponding Form 3811, which was signed as evidence of receipt. **— AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). 'He who does not deny, admits. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). 'There is nothing left to resolve.' All referenced contracts and signed Forms 3811 are attached hereto as **Exhibits H, I, J, K, L, M, N, and O** respectively, as follows:

- **Exhibit H**: Affidavit and Contract and Security Agreement #EI988807156US.
- **Exhibit I**: Affidavit and Contract and Security Agreement #RF775822865US.
- **Exhibit J**: Affidavit and Contract and Security Agreement #RF775823755US.
- **Exhibit K**: Contract and Security Agreement / Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION and LIEN AUTHORIZATION, #RF775824288US.
- **Exhibit L**: Form 3811 corresponding to Exhibit E.
- **Exhibit M**: Form 3811 corresponding to Exhibit I.
- **Exhibit N**: Form 3811 corresponding to Exhibit J.
- **Exhibit O**: Form 3811 corresponding to K.

2. **All contract agreements were** executed and agreed to by the Plaintiff, acknowledging and accepting a Judgement, Summary Judgement, and/or Lien Authorization (in accordance with U.C.C. § 9-509), against Plaintiffs in the amount of **One Hundred Million Dollars ($100,000,000.00)**, in favor of Defendants.

Registered Mail #RF775824314US — Dated: March 22, 2025

3. Plaintiff received, considered, and agreed to all the terms of all contract agreements, constituting a bona fide contract under the principles of contract law and the Uniform Commercial Code (U.C.C.). Pursuant to the mailbox rule, which establishes that acceptance of an offer is effective when dispatched (U.C.C. § 2-206), and principles of silent acquiescence, tacit procuration, and tacit agreement, the acceptance is valid. This acceptance is in alignment with the doctrine of 'offer and acceptance' and the provisions of U.C.C. § 2-202, which governs the final expression of the contract, and U.C.C. § 2-302, which addresses unconscionability in the contract terms. Furthermore, under the U.C.C., all assets—whether registered or unregistered—are held subject to the allodial title, with Defendants maintaining sole and exclusive standing over all real property, assets, securities, both tangible and intangible, registered and unregistered, **as evidenced** by UCC1 filing #2024385925-4 and #2024385935-1, **and UCC3 filing** #2024402433-7 and 2024411182-7 (Exhibits B, C, D, and E)**.**

## IX. <u>VALIDATION OF BINDING SELF-EXECUTING CONTRACTS AND SECURITY AGREEMENTS UNDER U.C.C. PRINCIPLES</u>

1. **U.C.C. § 2-204 – Formation of Contract**: As further supported by U.C.C. § 2-204, a contract can be formed even if the exact terms are not yet agreed upon, provided that there is an intention to form a contract and an agreement on essential terms. This principle affirms that the actions of the parties and the language in the *unrebutted* affidavits constitute an agreement to the terms at hand, making arbitration unnecessary.

2. **U.C.C. § 2-206 – Offer and Acceptance**: Additionally, U.C.C. § 2-206 confirms that an offeror is bound by the terms once an offer is accepted, unless the offer states otherwise. The verified affidavits submitted are evidence that the parties have mutually agreed to the terms, thereby forming a contract under the principles of offer and acceptance outlined in U.C.C. § 2-206.

3. **U.C.C. § 1-103 – Enforcement of Contract and Fraud**: Under U.C.C. § 1-103, the Uniform Commercial Code applies to contracts unless explicitly stated

DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGEMENT IN FAVOR...

otherwise. This section provides that fraud, duress, or any unlawful condition does **not** negate the binding nature of the contract. Therefore, the contracts in question are enforceable as written, free from fraud or misrepresentation, and valid under commercial law principles.

4.  As considered, agreed, and stipulated by the Plaintiff in the *unrebutted* verified commercial affidavits, and self-executing contract and security agreement (Exhibits H, I, J, and K), Plaintiffs may **not** argue, controvert, or otherwise protest the finality of the administrative findings established through the **unrebutted verified commercial affidavits**. As per established legal principles and **legal maxims**, once an affidavit is submitted and not rebutted, its content is accepted as true, and Plaintiffs are **estopped and barred** from contesting these findings in subsequent processes, **whether administrative or judicial**.

5.  As considered, agreed, and stipulated by the Plaintiff in the *unrebutted* verified commercial affidavits, and self-executing contract and security agreement (Exhibits H, I, J, and K), the Plaintiff or the entity they represent **is/are the DEBTOR(S)** in this matter.

6.  As considered, agreed, and stipulated by the Plaintiff in the *unrebutted* verified commercial affidavits, and self-executing contract and security agreement (Exhibits H, I, J, and K), Plaintiffs are **not** the CREDITOR, or an ASSIGNEE of the CREDITOR, in this matter.

7.  As considered, agreed, and stipulated by the Plaintiff in the *unrebutted* verified commercial affidavits, and self-executing contract and security agreement (Exhibits H, I, J, and K), the Plaintiff is indebted to Defendants in the amount of **One Hundred Million Dollars ($100,000,000.00)**.

8.  As considered, agreed, and stipulated by Plaintiff in the *unrebutted* verified commercial affidavits, and self-executing contract and security agreement (Exhibits H, I, J, and K), **Plaintiffs do NOT have 'standing.'**

Registered Mail #RF775824314US — Dated: March 22, 2025

9.  As considered, agreed, and stipulated by the Plaintiff in the _unrebutted_ verified commercial affidavits, and self-executing contract and security agreement (Exhibits H, I, J, and K), under **California Code of Civil Procedure § 437c(c), s**ummary judgement is appropriate when there is no triable issue of material fact and the moving party is entitled to judgement as **a matter of law**. The **_unrebutted_ affidavits** submitted by Defendants demonstrate that no triable issues of material fact remain in dispute, and Defendants are entitled to judgement based on the evidence presented and as **a matter of law**.

10. As considered, agreed, and stipulated by Plaintiff in the _unrebutted_ verified commercial affidavits, and self-executing contract and security agreement (Exhibits H, I, J, and K), "Statements of **fact** contained in affidavits which are **not** rebutted by the opposing party's **affidavit or pleadings may** be accepted as **true** by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).

11. As considered, agreed, and stipulated by Plaintiff in the _unrebutted_ verified commercial affidavits, and self-executing contract and security agreement (Exhibits H, I, J, and K), the principles of **res judicata, stare decisis**, and **collateral estoppel** apply to the **unrebutted affidavits**, establishing that all issues are deemed settled and **cannot be contested further.** These principles reinforce the finality of the administrative findings and support the granting of summary judgement, in favor of Defendants, as **a matter of law**. - '**HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.'**

# X.      Legal Basis for Proof of Delivery via Registered Mail

Under well-established legal precedent, documents sent via **Registered Mail with return receipt requested (Form 3811)** are presumed **delivered upon mailing**, providing strong evidentiary proof of service. Courts have consistently upheld this principle, reinforcing the **Mailbox Rule**, which states that a properly mailed document is presumed received by the addressee unless convincingly rebutted.

-15 of 35-

Registered Mail #RF775824314US — Dated: March 22, 2025

## Key Legal Precedents Supporting Proof of Delivery

1. **U.S. v. Bowen, 414 F.2d 1268 (3rd Cir. 1969)** – The court held that when **Registered Mail is sent with return receipt requested** and the receipt is signed, it constitutes **prima facie evidence of delivery**, meaning the burden shifts to the recipient to prove non-receipt.

2. **Hagner v. United States, 285 U.S. 427 (1932)** – The Supreme Court ruled that mailing a document via **Registered Mail creates a strong presumption of receipt** by the intended party, further solidifying the evidentiary weight of proper mailing.

3. **NLRB v. Local Union No. 103, 434 U.S. 335 (1978)** – The Court established that a **return receipt provides sufficient proof of service** unless rebutted with clear and convincing evidence to the contrary.

4. **Federal Rules of Evidence (FRE) Rule 301** – Under this rule, a presumption exists that a properly mailed document is **received by the intended recipient**, shifting the burden of proof to the recipient to disprove delivery.

5. **39 U.S.C. § 3009** – Governs the legality and evidentiary weight of **Registered Mail**, affirming that mailing with proof of delivery (e.g., Form 3811) is **legally sufficient evidence of receipt**.

6. **26 U.S.C. § 7502** – This statute explicitly states that the **date of mailing is deemed the date of filing or receipt** when Registered Mail is used, providing strong evidentiary support for the **timely delivery and legal effect** of mailed documents.

## Application of the Mailbox Rule

The **Mailbox Rule** dictates that once a document is properly addressed, stamped, and deposited with the postal service, **it is presumed delivered and received by the addressee**. Courts have repeatedly upheld this principle, ensuring that a party cannot **simply deny receipt** to evade legal responsibility. When **Registered Mail with return receipt requested** is used, the proof of mailing is further **reinforced by the signed receipt**, making rebuttal even more difficult

## Legal Presumption of Delivery and Evidentiary Weight

DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND  FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS AND DEMAND

Registered Mail #RF775824314US — Dated: March 22, 2025

Based on established case law and statutory authority, **Registered Mail with return receipt requested (Form 3811)** serves as **prima facie evidence of delivery** and creates a strong presumption of receipt by the intended party. Under **U.S. v. Bowen, Hagner v. United States, and NLRB v. Local Union No. 103**, this presumption stands unless rebutted by clear and convincing evidence. Furthermore, **26 U.S.C. § 7502** affirms that the date of mailing via **Registered Mail** is deemed the date of filing or receipt, solidifying its evidentiary value. **Federal Rules of Evidence Rule 301** shifts the burden to the recipient to prove non-receipt, while **39 U.S.C. § 3009** reinforces the legal sufficiency of proof of delivery through postal records.

Accordingly, any challenge to the delivery or receipt of documents sent via **Registered Mail with return receipt** must meet a high evidentiary threshold, ensuring that mailed documents are legally recognized as served and received.

**Judgement of $100,000,000.00 *Considered*, AGREED TO and Authorized BY PLAINTIFFS.**

1.  As **considered**, agreed, and stipulated by Plaintiff in the *unrebutted* verified commercial affidavits, and self-executing contract and security agreement (Exhibits H, I, J, and K), Plaintiff **fully authorizes, endorses, supports,** and advocates for the entry of a UCC commercial judgement and lien in the amount of One Hundred Million and 00/100 Dollars ($100,000,000.00) **against Plaintiff, in favor of Defendants**, as also **evidenced** by INVOICE/TRUE BILL #MIRINAJDISHONOR25 which is a part of **Exhibit K**. INVOICE/TRUE BILL #MIRINAJDISHONOR25 is attached hereto as **Exhibit P** and incorporated herein by reference.

2.  As **considered**, agreed, and stipulated by Plaintiff in the *unrebutted* verified commercial affidavits, and self-executing contract and security agreement (Exhibits H, I, J, and K), should it be **deemed** necessary, the Defendants are **_fully Authorized_** to initiate the filing of a lien, and the seizing of property to secure

DEFENDANTS' VERIFIED RESPONSE and DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF and DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS

Registered Mail #RF775824314US — Dated: March 22, 2025

satisfaction of the **ADJUDGED, DECREED, AND AUTHORIZED** sum total due to **Affiant,** and/or Defendants of, **One Hundred Million and 00/100 Dollars ($100,000,000.00).**

3.  Plaintiff has **not** submitted any **evidence** to contradict or rebut the statements made in the affidavits. As a result, the facts set forth in the affidavits are deemed true and uncontested. Even then non-applicable California Evidence Code § 664 and related case law support the presumption that official duties have been regularly performed, and *unrebutted* **affidavits stand as Truth**.

4.  Plaintiff may not argue, controvert, or otherwise protest the finality of the administrative findings established through the unrebutted affidavits. As per established legal principles, once an affidavit is submitted and not rebutted, its content is accepted as true, and Defendants are barred from contesting these findings in subsequent processes, whether administrative or judicial.

5. **All are equal under the law** (Aequitas est quasi aequalitas), and **ignorance of the law is no excuse** (Ignorantia juris non excusat).

## XI.    Foundational 'Case Law' on Standing, Mortgage Fraud, Foreclosure, Corporate Overreach

Defendants referenced the following 'case law' summary highlights key legal principles on jurisdiction, standing, and procedural requirements in financial and mortgage-related cases. Courts consistently **void judgments rendered** *without* **proper jurisdiction** and emphasize the need for a party to demonstrate legal **standing**. Fraudulent lending practices, including violations of **federal regulations,** have led to dismissals with prejudice. Corporate overreach by banks is curtailed through rulings that prohibit lending credit and ultra vires contracts. Evidentiary standards stress the **sufficiency of affidavits** and the **duty** of full and complete disclosure of information to prevent fraud. Contract **principles** underscore the nullification of agreements lacking proper consideration,.

## A. Jurisdiction and Standing in Court

Registered Mail #RF775824314US — Dated: March 22, 2025

Courts have consistently held that judgments rendered without subject matter jurisdiction are **void from inception**, and parties *must* have **standing** to invoke a Court's jurisdiction. Notable cases emphasize that plaintiffs must demonstrate ownership of notes and mortgages at the time of filing to proceed with foreclosure actions. Failure to do so results in jurisdictional dismissal.

1. **Patton v. Diemer**, 35 Ohio St. 3d 68; 518 N.E.2d 941 (1988): "A judgment rendered by a court lacking subject matter jurisdiction is **void ab initio**. Consequently, the authority to vacate a void judgment is not derived from Ohio R. Civ. P. 60(B), but rather constitutes an inherent power possessed by Ohio courts. I see no evidence to the contrary that this would apply to ALL courts."

2. **Lebanon Correctional Institution v. Court of Common Pleas**, 35 Ohio St.2d 176 (1973): "A party lacks **standing** to invoke the jurisdiction of a court unless he has, in an individual or a representative capacity, some **real interest** in the subject matter of the action."

3. **Wells Fargo Bank v. Byrd**, 178 Ohio App.3d 285, 2008-Ohio-4603, 897 N.E.2d 722 (2008): "If plaintiff has offered no evidence that it owned the note and mortgage when the complaint was filed, it would not be entitled to judgment as a matter of law."

4. **Indymac Bank v. Boyd**, 880 N.Y.S.2d 224 (2009): "To establish a *prima facie* case in an action to foreclose a mortgage, the plaintiff must establish the existence of the mortgage and the mortgage note. It is the law's policy to allow only an aggrieved person to bring a lawsuit . . . A want of 'standing to sue,' in other words, is just another way of saying that this particular plaintiff is not involved in a genuine controversy, and a simple syllogism takes us from there to a 'jurisdictional' dismissal."

5. **Indymac Bank v. Bethley**, 880 N.Y.S.2d 873 (2009): "The Court is concerned that there may be fraud on the part of plaintiff or at least malfeasance. Plaintiff INDYMAC (Deutsche) must have '**standing**' to bring this action."

**B. Fraud and Misrepresentation in Mortgage Cases**

DEFENDANTS' VERIFIED RESPONSE and DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGEMENT IN FAVOR...

Registered Mail #RF775824314US — Dated: March 22, 2025

Several cases illustrate fraudulent practices by lenders, including violations of the Federal Truth in Lending Act and withholding vital loan information. Courts have dismissed cases with prejudice where fraud on the court was evident.

1. **Wells Fargo, Litton Loan v. Farmer**, 867 N.Y.S.2d 21 (2008): "Wells Fargo does not own the mortgage loan… Therefore, the matter is dismissed with prejudice."

2. **Wells Fargo v. Reyes**, 867 N.Y.S.2d 21 (2008): "Dismissed with prejudice, Fraud on Court & Sanctions. Wells Fargo never owned the Mortgage."

3. **Deutsche Bank v. Peabody**, 866 N.Y.S.2d 91 (2008): "EquiFirst, when making the loan, violated Regulation Z of the Federal Truth in Lending Act 15 USC §1601 and the Fair Debt Collections Practices Act 15 USC §1692; 'intentionally created fraud in the factum' and withheld from plaintiff 'vital information concerning said debt and all of the matrix involved in making the loan.'"

## C. Corporate and Banking Overreach

Decisions highlight that banks **cannot** lend their credit or guarantee debts, as these actions are ultra vires and not legally binding. These rulings reinforce the limitations on corporate and banking activities.

1. **Zinc Carbonate Co. v. First National Bank**, 103 Wis. 125, 79 NW 229 (1899): "The doctrine of ultra vires is a most powerful weapon to private corporations within their legitimate spheres and punish them for violations of their corporate charters, and it probably is not invoked too often."

2. **Howard & Foster Co. vs. Citizens National Bank**, 133 S.C. 202, 130 S.E. 758 (1926): "It has been settled beyond controversy that a national bank, under Federal law, being limited in its power and capacity, cannot lend its credit by nor guarantee the debt of another. All such contracts being entered into by its officers are ultra vires and not binding upon the corporation."

3. **American Express Co. v. Citizens State Bank**, 181 Wis. 172, 194 NW 427 (1923): "Neither, as included in its powers not incidental to them, is it a part of a bank's business to lend its credit."

DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGEMENT IN FAVOR...

## D. Procedural Requirements and Evidentiary Standards

The requirement for real party-in-interest prosecution is emphasized, along with rulings that affidavits alone can establish a prima facie case. Courts have ruled that silence in the face of a legal duty to respond can constitute fraud.

1. **Federal Rule of Civil Procedure 17(a)(1)**: "[A]n action must be prosecuted in the name of the real party in interest."

2. **In re Jacobson**, 402 B.R. 359, 365-66 (Bankr. W.D. Wash. 2009): Emphasizes that actions must be filed by the real party in interest.

3. **United States v. Kis**, 658 F.2d 526 (7th Cir. 1981): "Indeed, no more than (affidavits) is necessary to make the prima facie case." Cert. denied, S. Ct. (1982).

4. **U.S. v. Tweel**, 550 F.2d 297 (1977): "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."

## E. Contract and Consideration Principles

If any part of a contract's consideration is illegal, the entire promise becomes void. Courts have also recognized the right to rescind contracts induced by false representations, even if made innocently.

- **Menominee River Co. v. Augustus Spies L & C Co.**, 147 Wis. 559 at p. 572; 132 NW 1118 (1912): "If any part of the consideration for a promise be illegal, or if there are several considerations for an un-severable promise one of which is illegal, the promise, whether written or oral, is wholly void, as it is impossible to say what part or which one of the considerations induced the promise."

**XII.    SANCTIONS AGAINST ALL PLAINTIFFS FOR WILLFUL AND INTENTIONAL FRAUDULENT ACTIONS AND VIOLATIONS OF LAW**

Defendants hereby move this Court to impose **sanctions** against the Plaintiff for their willful and egregious actions in initiating and perpetuating fraudulent claims, violations of legal standards, and **bad faith** conduct, as

Registered Mail #RF775824314US — Dated: March 22, 2025

outlined herein. Plaintiff's actions are not only baseless but constitute an **abuse of the judicial process,** warranting severe penalties to deter future misconduct and to compensate the Defendants for damages incurred as a result of this fraudulent litigation.

1. **Willful and Intentional Bad Faith Conduct and Fraudulent Filings:** Plaintiff has **knowingly and intentionally** engaged in fraudulent conduct by pursuing claims they know to be baseless and without merit. This is evidenced by their failure to rebut the **Unrebutted Affidavits**, their presumed dishonor under **U.C.C. § 3-505**, and their lack of any standing to bring forth this action. Such actions violate the principles of equity, fair dealing, and due process, constituting grounds for sanctions.

2. **Abuse of Process:** Plaintiff's initiation of this unlawful detainer action, despite being Defendants in pre-existing legal matters directly related to the subject property, demonstrates a **clear abuse of process.** Plaintiff's failure to disclose these overlapping cases and their misrepresentation of facts to this Court exemplifies a deliberate attempt to mislead the judiciary and waste judicial resources.

3. **Failure to Act in Good Faith:** Plaintiff's silence and failure to rebut the affidavits and claims presented by the Defendants further indicate bad faith. Under **U.C.C. § 1-103**, the principles of good faith and equity are paramount. Plaintiffs' conduct demonstrates a blatant disregard for these principles, further warranting sanctions.

4. **Evidentiary Sanctions and Adverse Inference:** Plaintiff's failure to rebut the Defendants' Affidavits, Security Agreements, and Contractual Terms creates a presumption of **silent acquiescence, tacit agreement, and tacit procuration.** The Defendant demand that this Court:

   - Strike Plaintiff's pleadings for lack of standing and evidentiary support.
   - Enter a judgement of **dismissal with prejudice** of all claims brought by Plaintiffs.

DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS

Registered Mail #RF775824314US — Dated: March 22, 2025

- Impose an **adverse inference**, recognizing Plaintiffs' failure to rebut as an admission of the Defendant's claims.

5. **Monetary Sanctions:** Defendant seeks monetary sanctions in the form of:

- Reimbursement for all legal fees, court costs, and damages incurred by the Defendant in responding to this fraudulent action.
- Penalties for frivolous litigation, calculated at no less than Five Hundred Thousand Dollars (**$500,000.00**), as stipulated in the **Self-Executing Contract Security Agreements (Exhibits H, I, J, and K)**. Plaintiffs' acceptance of these agreements, through tacit acquiescence and silent agreement, binds them to this liability.

6. **Deterrence of Future Misconduct:** The imposition of sanctions is necessary to deter Plaintiff and others from engaging in similar conduct in the future. Fraudulent misuse of the courts to perpetrate unlawful claims undermines the integrity of the judicial system and must be met with severe consequences.

XIII.    <u>SUMMARY JUDGEMENT</u> **AGAINST PLAINTIFF, AS A MATTER OF LAW**

1. Defendants respectfully **DEMAND** summary judgement in their favor based on the clear, enforceable terms of the Contract and Security Agreement, and as a matter of law. Pursuant to the Contract and Security Agreement, Defendants explicitly stipulated and accepted, by their conduct and inaction, a binding judgement, summary judgement, and/or lien authorization (per U.C.C. § 9-509) in favor of Defendants. The contracts establish Plaintiff's liability in the agreed-upon amount of **One Hundred Million and 00/100 U.S. Dollars ($100,000,000.00)**, which the Plaintiff acknowledged and accepted through the principles of tacit procuration and silent acquiescence, thereby waiving any grounds to contest this judgement.

2. Plaintiff considered and agreed to all of the terms stipulated in the unrebutted commercial affidavits and the self-executing Contract and Security Agreements,

DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGEMENT IN FAVOR OF THE DEFENDANTS

Registered Mail #RF775824314US — Dated: March 22, 2025

all of which were confirmed, signed for via USPS form 3811, and delivered via USPS **Registered, Express, and/or Certified Mai**l.

3.   Given that the affidavits presented are unrebutted and establish the facts essential to Defendants' claims, summary judgement in favor of Defendants is warranted, and ***must* be granted**. Plaintiffs' failure to contest or rebut these affidavits supports the conclusion that there are no genuine issues of material fact, and Defendants are entitled to judgement as *a matter of law*.

4.   Defendants respectfully DEMAND the Court grant summary judgement in their favor based on the <u>undisputed facts</u> presented in the multiple unrebutted verified commercial affidavits and/or contract and security agreements submitted and incorporated into this matter. Plaintiffs have failed to rebut the content of these affidavits, which conclusively establish the validity of Defendants' claims.

5.  **California Code of Civil Procedure § 437c(a)**: Summary judgement is appropriate where there is no triable issue of material fact and the moving party is entitled to judgement as a matter of law. The *multiple* unrebutted affidavits submitted by Defendants establish that there are no material facts in dispute, and Defendants are entitled to judgement based on the evidence provided, as a matter of law.

6.  *Res Judicata, Stare Decisis***, and Collateral Estoppel**: The principles of res judicata, stare decisis, and collateral estoppel apply to the unrebutted affidavits, establishing that all issues are deemed settled and cannot be contested further. These principles reinforce the finality of the administrative findings and support the granting of summary judgement.

# XIV.    LEGAL *PRINCIPLES* SUPPORTING PLAINTIFFS' CLAIMS

In support of this DEMAND as **a matter of law**, without hearing, Defendants cite the following established legal standards, legal maxims, precedent, and *principles*:

Registered Mail #RF775824314US — Dated: March 22, 2025

- **Unrebutted Affidavits as Judgment in Commerce:** Plaintiffs' unrebutted affidavits are binding truth under the maxim, **"An unrebutted affidavit becomes the judgment in commerce."**

- *Res Judicata, Stare Decisis,* and Collateral Estoppel: Defendants are *__barred__* from contesting the finality of Plaintiffs' claims under the doctrines of *res judicata, stare decisis,* and **collateral estoppel**, as all material facts and claims have been resolved conclusively.

- **Breach of U.C.C. Obligations and Presumed Dishonor:** Defendants' dishonor and default are evidenced by their failure to fulfill obligations defined by U.C.C. § 3-505 and other applicable statutes **ALL ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19;21; Mat. 22:36-40; Luke 10:17; Col. 3:25. 'No one is above the law.'

- **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (**Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** 'To lie is to go against the mind.'

- **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

- **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

- **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE. (12 Pet. 1:25; Heb. 6:13-15;).** 'He who does not deny, admits.'

- **"Statements of fact contained in affidavits which are not rebutted by the opposing party's affidavit or pleadings __may__ be accepted as true by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).**

- See, *Sieb's Hatcheries, Inc. v. Lindley,* 13 F.R.D. 113 (1952)., "Defendant(s) made no request for an extension of time in which to answer the request for admission of facts and filed only an unsworn response within the time

DEFENDANTS' VERIFIED RESPONSE and DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS

Registered Mail #RF775824314US — Dated: March 22, 2025

1  permitted," thus, under the specific provisions of Ark. and *Fed. R. Civ. P.* 36,

2  the facts in question were deemed admitted as true.  Failure to answer is well

3  established in the court.  *Beasley v. U. S.,* 81 F. Supp. 518 (1948)., "I, therefore,

4  hold that the requests will be considered as having been admitted." Also as

5  previously referenced, "Statements of fact contained in affidavits which are not

6  rebutted by the opposing party's affidavit or pleadings may[must] be accepted

7  as true by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich.

8  1976).

9  • 'The state **cannot** diminish **Rights** of the **people."** —Hurtado vs. California,

10  110 US 516.

11  • "Public officials are not immune from suit when they transcend their lawful

12  authority by invading constitutional **rights**."—AFLCIO v. Woodward, 406 F2d 137 t.

13  • "Immunity **fosters neglect and breeds irresponsibility** while liability

14  promotes care and caution, which caution and care is owed by the government

15  to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269

16  N.S. 1, 13, 152 SE 1 d 485, 493.

17  • "When enforcing mere statutes, judges of all courts do not act judicially (and

18  thus are not protected by "qualified" or "limited immunity," - SEE: Owen v.

19  City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an

20  extension as an agent for the involved agency -- but only in a "ministerial" and

21  not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v.

22  P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

23  • "Judges not only can be sued over their official acts, but could be held **liable**

24  **for injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice**

25  **Court**, A025829.

26  • "Ignorance of the law does **not** excuse misconduct in anyone, least of all

27  in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P.

28  1100.

-26 of 35-

Registered Mail #RF775824314US — Dated: March 22, 2025

- "**All are presumed to know the law**." San Francisco Gas Co. v. Brickwedel (1882), 62 C. 641; Dore v. Southern Pacific Co. (1912), 163 C. 182, 124 P. 817; People v. Flanagan (1924), 65 C.A. 268, 223 P. 1014; Lincoln v. Superior Court (1928), 95 C.A. 35, 271 P. 1107; San Francisco Realty Co. v. Linnard (1929), 98 C.A. 33, 276 P. 368.

- "It is one of the fundamental maxims of the common law that **ignorance of the law excuses no one**." Daniels v. Dean (1905), 2 C.A. 421, 84 P. 332.

- "the people, not the States, are sovereign." — Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

- **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT. (**Book of Job; Mat. 10:22) -- **Legal maxim:** 'He who does not repel a wrong when he can occasions it.'

- **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). '**There is nothing left to resolve.**'

**//**

## XV.   NOTICE to the COURT: A DEMAND is NOT a mere MOTION

The Court is hereby placed on **legal and judicial notice** that DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFFS AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR **QUIET TITLE** AND DEMAND  FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS, AS A MATTER OF LAW, is **not** a mere "motion" requesting discretionary relief but rather a **binding and enforceable legal notice** asserting an **absolute right** to immediate injunctive relief as **a matter of law**.

**//**

## XVI.      A MOTION is a Request; A DEMAND Asserts a Right

The Court must acknowledge and act upon the **fundamental and critical distinction** between a motion and a demand:

Registered Mail #RF775824314US — Dated: March 22, 2025

1.  **A motion seeks the Court's discretion** to grant relief.

2.  **A demand asserts an absolute right** under statutory and constitutional law, compelling the Court to act accordingly.

//

# CLAIM AND DEMAND FOR RELIEF:

1.  **Dismissal of Plaintiff's claims and entire lawsuit** *With Prejudice* – Dismiss Plaintiff's lawsuit with prejudice due to its fraudulent, frivolous, and meritless nature *in its entirety*.

2.  **Quiet Title** **& Declaratory Judgment** – Enter judgment **quieting title** in favor of Defendants, affirming that the private trust property is **free and clear of any adverse claims** by Plaintiff. Declare that Plaintiff's **fraudulent "Trustee's Deed Upon Sale"** is **null and void** *ab initio* and order it **stricken from the county records**.

3.  **Permanent Injunction – Enjoin Plaintiff** from initiating or participating in any further fraudulent or unlawful claims against Defendants' property.

4.  **Monetary Judgment –**

a. Award **compensatory damages** in the sum of **One Hundred Million and 00/100 U.S. Dollars ($100,000,000.00 USD)**, as **considered and stipulated** in the Self-Executing and Binding Contract and Security Agreements (Exhibits H, I, J, and K).

b. Award punitive damages based on Plaintiff's intentional, willful, and malicious actions, including:

- **Fraudulent misrepresentation & false claims** regarding ownership and authority in foreclosure proceedings.
- **Extortion & fraud** under 18 U.S.C. §§ 878, 880, 1344.
- **Racketeering activities** in violation of 18 U.S.C. § 1961 et seq.
- **Unlawful restraint of trade** in violation of antitrust laws.
- **Unauthorized use of Defendants' identity & personal information**.

- **Slander of title** and **filing of false instruments** clouding Defendants' property rights.

5. **Restitution & Asset Recovery –**

a. Order **restitution of all funds and assets misappropriated** by Plaintiff, constituting embezzlement under applicable laws.

b. Declare Plaintiff's unlawful transportation and transfer of stolen property and securities under 18 U.S.C. § 2314 and order their return.

6. **Legal Finality & Preclusion –** Declare that all issues are conclusively settled under the doctrines of **Res Judicata**, **Stare Decisis**, and **Collateral Estoppel**.

7. **Summary Judgment & Tacit Agreement –**

a. Enter summary judgment in favor of Defendants, establishing that Plaintiff has fully and undisputedly agreed to the terms stipulated in the unrebutted verified commercial affidavits and Self-Executing Contract & Security Agreements.

b. Recognize Plaintiff's silent acquiescence, tacit agreement, and tacit procuration as binding under principles of contract law.

8. **Attorney's Fees & Additional Relief –**

a. Award **reasonable attorney's fees** in the sum of **One Million Dollars ($1,000,000.00 USD)**.

b. Grant any **further equitable relief** deemed just and proper, including compensation for **emotional distress, grief, and harm** suffered by the Trust's beneficiaries, including women and children.

//

**WHEREFORE**, Defendants respectfully request and demand that this Court:

1. **Dismiss Plaintiff's Fraudulent Unlawful Detainer Action** with prejudice;

2. **Impose Sanctions Against Plaintiffs** for knowingly filing a fraudulent and frivolous claim;

3. **Enter a Considered and Stipulated Judgment** in favor of Defendants;

4. **Quiet Title** in favor of Defendants, confirming their exclusive ownership, free and clear of any adverse claims by Plaintiff;

5. **Order the Immediate Removal and Expungement** of Plaintiff's **fraudulent** "Trustee's Deed Upon Sale" from county records, as it is null and **void** *ab initio*;

6. **Grant Summary Judgment** in favor of Defendants as a matter of law, ruling that all issues have been conclusively settled; and

7. **Award Defendants Any Further Relief** this Court deems just and proper.

//

//

//

//

## COMMERCIAL OATH AND VERIFICATION:

County of Riverside            )

                               )            Commercial Oath and Verification

The State of California        )

I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and sealed this <u>22ND</u> day of <u>MARCH</u> in the year of Our Lord two thousand and twenty four:

proceeding sui juris, In Propria Persona, by *Special Limited Appearance*, **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____

**Kevin Walker**, *Attorney In Fact, Authorized Representative, Executor,* national, *private bank(er)* EIN # 9x-xxxxxxx

-30 of 35-

# COMMERCIAL OATH AND VERIFICATION:

County of Riverside                    )

                                       )        Commercial Oath and Verification

The State of California                )

I, DONNABELLE MORTEL, under my unlimited liability and Commercial Oath
proceeding in good faith being of sound mind states that the facts contained herein
are true, correct, complete and not misleading to the best of Affiant's knowledge
and belief under penalty of International Commercial Law and state this to be HIS
Affidavit of Truth regarding same signed and sealed this 22ND day of MARCH in
the year of Our Lord two thousand and twenty four:

> proceeding sui juris, In Propria Persona, by *Special Limited Appearance,*
> **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____

**Donnabelle Mortel**, *Attorney In Fact, Authorized Representative,*
*Executor,* **national,** *private bank(er)* EIN # 9x-xxxxxxx

Let this document stand as truth before the Almighty Supreme Creator and let it be
established before men according as the scriptures saith: *"But if they will not listen,*
*take one or two others along, so that every matter may be established by the testimony of two*
*or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every*
*word be established" 2 Corinthians 13:1.*

*Sui juris,* By *Special Limited* Appearance,

By: _____
     **Corey Walker** *(WITNESS)*

*Sui juris,* By *Special Limited* Appearance,

By: _____
     **Steven MacArthur-Brooks** (WITNESS)

//

//

-31 of 35-

Registered Mail #RF775824314US — Dated: March 22, 2025

# **LIST OF EXHIBITS / EVICENCE:**

1. E**xhibit A:** Affidavit: Power of Attorney in Fact.

2. E**xhibit B:** UCC1 filing #2024385925-4.

3. E**xhibit C:** UCC1 filing #2024385935-1.

4. E**xhibit D:** UCC3 filing and NOTICE #2024402433-7.

5. E**xhibit E:** UCC3 filing and NOTICE #2024411182-7.

6. E**xhibit F:** GRANT DEED recorded in Official Records County of Riverside, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private trust property is titled to '<u>WG **Private Irrevocable** Trust, dated Febrauary 7, 2022'</u>

7. E**xhibit G:** GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.: 30291 KH, recorded in Official Records County of Riverside.

8. **Exhibit H:** Affidavit and Contract and Security Agreement #EI988807156US.

9. **Exhibit I**: Affidavit and Contract and Security Agreement #RF775822865US.

10. **Exhibit J**: Affidavit and Contract and Security Agreement #RF775823755US.

11. **Exhibit K**: Contract and Security Agreement / Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION and LIEN AUTHORIZATION, #RF775824288US.

12. **Exhibit L**: Form 3811 corresponding to Exhibit L.

13. **Exhibit M**: Form 3811 corresponding to Exhibit N.

14. **Exhibit N**: Form 3811 corresponding to Exhibit P.

15. **Exhibit O**: Form 3811 corresponding to Exhibit R.

16. **Exhibit P**: Exhibit U: INVOICE/TRUE BILL #MIRINAJDISHONOR25.

17. E**xhibit Q: Fraudulent and extortionate** OFFER/CONTRACT titled '<u>3/90 DAY NOTICE TO QUIT</u>'

18. E**xhibit R:** Trademark and Copyright  Contract Agreement for ™KEVIN WALKER©.

19. **Exhibit S:** Trademark and Copyright  Contract Agreement for ™DONNABELLE MORTEL©

Registered Mail #RF775824314US — Dated: March 22, 2025

# P R O O F   O F   S E R V I C E

STATE OF CALIFORNIA                    )

                                       )      ss.

COUNTY OF RIVERSIDE                    )

   I competent, over the age of eighteen (18) years, and not a party to the within action.  My mailing address is the Walkernova Group, **care of:** 30650 Rancho California Road suite #406-251, Temecula, California [92591].  **On March 24, 2025**, I served the within documents:

1.    **DEFENDANTS' <u>VERIFIED</u> RESPONSE AND DEMAND FOR DISMISSAL OF <u>FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF</u> AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND DEMAND  FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS, AS <u>A MATTER OF LAW</u>.**

2.                         **Exhibits A through S**

   **By United States Mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

Naji Doemt, Mary Doumit, Daniel Doemt
C/o NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC
1130 South Tamarisk Drive
Anaheim, California [92807]
Registered Mail #RF775824331US

Barry-Lee: O'Connor
C/o BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES
3691 Adams Street

Registered Mail #RF775824314US — Dated: March 22, 2025

Riverside, California [92504]
Registered Mail #RF775824328US

**By Electronic Service.** Based on a court order and/or an **agreement of the parties** to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Naji Doemt, Mary Doumit, Daniel Doemt
C/o NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC
1130 South Tamarisk Drive
Anaheim, California [92807]
udlaw2@aol.com
louisatoui3@yahoo.com

Barry-Lee: O'Connor
C/o BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES
3691 Adams Street
Riverside, California [92504]
udlaw2@aol.com
louisatoui3@yahoo.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 22, 2025 in Riverside County, California.

_____/s/Corey Walker/_____
Corey Walker

//
//
//
/
//
//
//
//

**NOTICE:**

Using a notary on this document does **not** constitute any adhesion, **nor does it alter my status in any manner.** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

-34 of 35-

Registered Mail #RF775824314US — Dated: March 22, 2025

# __ANKNOWLEDGEMENT:__

State of California                )

                                   ) ss.

County of Riverside                )

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On this __22nd__ day of __March__, __2025__, before me, __Joyti Patel__, a Notary Public,

personally appeared __Corey Walker__, who proved to me on the basis of satisfactory

evidence to be the person(s) whose name(s) is/are subscribed to the within

instrument and acknowledged to me that he/she/they executed the same in his/

her/their authorized capacity(ies), and that by his/her/their signature(s) on the

instrument the person(s), or the entity upon behalf of which the person(s) acted,

executed the instrument.


I certify under PENALTY OF PERJURY under the laws of the State of California

that the foregoing paragraph is true and correct.


**WITNESS my hand and official seal.**


Signature _____ (Seal)

Signature _____ (Seal)

JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

-Exhibit C-

Registered Mail #RF775822327US — Dated: May 24, 2025

1   Kevin : Realworldfare
2   Donnabelle: Realworldfare
    C/o 30650 Rancho California Road # 406-251
3   Temecula, California [92591]
4   non-domestic *without* the United States
    Email: team@walkernovagroup.com
5   Phone: (310) 923-8521
6
    Fiduciaries, *Executors, Authorized Representatives,*
7   *and Secured Parties* for the Purported Defendants

8       # SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                       # COUNTY OF RIVERSIDE

10  **MARINAJ PROPERTIES LLC,**
11          [*Purported*] *Plaintiff,*          Case No. UDME2500465

12          *vs.*                               **VERIFIED MOTION AND DEMAND TO
                                                DISMISS UNLAWFUL DETAINER
13  ™**KEVIN WALKER,** ™**DONNABELLE**          ACTION FOR LACK OF SUBJECT
14  **MORTEL©,** *Does 1-10 Inclusive,*         MATTER JURISDICTION, FRAUD
            [Purported] *Defendant(s)/Secured Parties*   UPON THE COURT, AND PENDING
15                                              RESOLUTION OF SUPERIOR TITLE IN
                                                CIVIL CASE NO. CVME2504043 AND
16                                              MEMORANDUM OF POINTS AND
                                                AUTHORITIES IN SUPPORT
17

18
                                                (SPECIAL LIMITED APPEARANCE —
19                                              **EQUITY** JURISDICTION PRESERVED)
20  _____

21  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

22  PLEASE TAKE NOTICE that pursuant to California Rules of Court, Rule 3.300,

23  **Kevin: Realworldfare** and **Donnabella: Realworldfare,** by *Special Limited*

24  *Appearance* only, **not** generally, in **private capacity**, **not** pro se, as **Fiduciaries,**

25  **Secured Parties, Real Parties in Interest, and Beneficial Title Holder**s for the

26  *Purported* Defendants ™**KEVIN WALKER,** ™**DONNABELLE MORTEL©**

27  (hereinafter "Purported Defendants," "Secured Party(ies)," and/or "Real Party(ies)

28  in Interest"), hereby identify the following cases as **related**:

Page 1 of 16

VERIFIED MOTION AND DEMAND TO DISMISS UNLAWFUL DETAINER ACTION FOR LACK OF SUBJECT MATTER JURISDICTION, FRAUD UPON THE COURT, AND PENDING RESOLUTION OF SUPERIOR TITLE IN CIVIL CASE NO. CVME2504043 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

Page 39 of 91

Registered Mail #RF775822327US — Dated: May 24, 2025

# I. UNLAWFUL DETAINER COURTS LACK JURISDICTION TO ADJUDICATE TITLE DISPUTES UNDER BINDING CALIFORNIA LAW

As a matter of binding precedent, California courts have long held that **summary unlawful detainer proceedings are improper forums for adjudicating questions of legal or equitable title**. Unlawful detainer is strictly a possessory remedy and presumes that title is not in dispute. When a legitimate and good faith controversy over title exists, unlawful detainer proceedings must be stayed or dismissed in favor of a separate quiet title or declaratory relief action.

**Binding Authority:**

- **Asuncion v. Superior Court** (1980) 108 Cal.App.3d 141, 145:

  *"An unlawful detainer action is not the proper forum for trying title to real property."*

- **Steiner v. Thexton** (2010) 48 Cal.4th 411, 429:

  *"Where title is in substantial dispute, unlawful detainer is not an appropriate remedy."*

- **Cheney v. Trauzettel** (1937) 9 Cal.2d 158, 159–160:

  *"A title dispute must be resolved before unlawful detainer jurisdiction may attach."*

- **Malkoskie v. Option One Mortgage Corp.** (2010) 188 Cal.App.4th 968, 973:

  *"The purchaser at a trustee's sale acquires the title of the trustor, subject to any defects or limitations that may invalidate the sale."*

- **Glovatorium, Inc. v. NCR Corp.** (1983) 143 Cal.App.3d 27, 32:

  *"The existence of a bona fide dispute over ownership, based on documentary evidence, divests the unlawful detainer court of jurisdiction."*

- **Delta Inv. Corp. v. Morrison** (1970) 13 Cal.App.3d 373, 378:

  *"A bona fide title dispute is a complete defense to an unlawful detainer action."*

In this matter, Defendants lawfully filed a **Verified Quiet Title Complaint** in **Case No. CVME2504043** on **April 16, 2025**, directly challenging the facially void and constructively fraudulent **Trustee's Deed Upon Sale** (Doc. #2025-0017386),

VERIFIED MOTION AND DEMAND TO DISMISS UNLAWFUL DETAINER ACTION FOR LACK OF SUBJECT MATTER JURISDICTION, FRAUD UPON THE COURT, AND PENDING RESOLUTION OF SUPERIOR TITLE IN CIVIL CASE NO. CVME2504043 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Registered Mail #RF775822327US — Dated: May 24, 2025

1  recorded on **January 17, 2025**, and asserting their superior, perfected interest by

2  way of:

3  • **Lawfully recorded Grant Deeds** (Doc. #2022-0490841 and Doc.

4      #2024-0291980), and

5  • **Perfected UCC-1 Financing Statements and UCC-3 Amendments** filed with

6      the Nevada Secretary of State (Nos. 2024385925-4, 2024385935-1,

7      2024402433-7, 2024411182-7).

8  These instruments reflect secured, **equitable**, **and** *superior* title lawfully vested in

9  **WG PRIVATE IRREVOCABLE TRUST**, and are **unrebutted in the public record**.

10  As such, the present unlawful detainer case is **procedurally defective**,

11  **jurisdictionally barred**, and must be dismissed **with prejudice** as a matter of law.

12  The **continued prosecution** of unlawful detainer under these conditions constitutes

13  abuse of process and denial of due process, and may subject the Plaintiff and their

14  counsel to further sanctions or federal civil rights liability.

15  **<span style="color:red">II. THE TRUSTEE'S DEED UPON SALE IS *VOID AB INITIO*</span>**

16  The purported Trustee's Deed Upon Sale (Document No. 2025-0017386), which

17  forms the basis of Plaintiff's unlawful detainer and possession claim, is **void ab**

18  **initio**, not merely voidable. The deed was recorded **after** Defendants had

19  already lawfully perfected and recorded their interest in the subject property

20  through valid Grant Deeds and UCC Financing Statements (See Exhibits B, C,

21  D, E, F, G). Accordingly, no legal title could have transferred through a **non-**

22  **judicial** foreclosure where title had already vested in the Defendants' Trust.

23  Under **California law**, a trustee's deed is **void** if the foreclosing entity lacked

24  authority to foreclose, **or** if the deed was executed and recorded **after** superior title

25  had vested elsewhere:

26  • **Dimock v. Emerald Properties LLC**, 81 Cal. App. 4th 868, 876 (2000):

27      "A trustee's sale under a deed of trust is invalid if there has been no default

28      by the trustor."

1    Here, the underlying obligation was discharged by commercial tender and

2    security agreement. No valid foreclosure could occur.

3    • **Sciarratta v. U.S. Bank Nat'l Ass'n**, 247 Cal. App. 4th 552, 565 (2016):

4    "Where a party forecloses without authority, the foreclosure sale is void."

5    In this case, any authority to foreclose had been terminated by the secured

6    party's lawful UCC claims and perfected priority.

7    • **Yvanova v. New Century Mortgage Corp.**, 62 Cal.4th 919 (2016):

8    "If a void deed is the basis for an unlawful detainer, the occupant may

9    challenge the deed's validity in the unlawful detainer action."

10    Additionally, under **Bank of America v. Reidy**, 15 Cal.2d 243, 248 (1940):

11    "A deed absolutely void cannot be made valid even by a bona fide purchaser."

12    **As a result,** the _**void ab initio**_ Trustee's Deed Upon Sale (Doc. #2025-0017386) is not

13    legally cognizable and confers no standing to evict, no authority to transfer title,

14    and no lawful basis to assert dominion over the subject property. The deed is legally

15    null and void ab initio and must be treated as such by this Court.

16    ## III. PLAINTIFF IS IN VERIFIED DISHONOR AND DEFAULT

17    The Plaintiff has failed to rebut any material facts, claims, or commercial records

18    presented by Defendants. The following _**unrebutted**_ and **perfected** record now

19    stands as self-executing judgment in both **equity** _and_ **commerce**:

20    • **Lawfully served Commercial Affidavits, Security Agreements, and**

21    **Certificates of Dishonor —** all of which were delivered via registered mail

22    with return receipt (Exhibits G through K).

23    • **Verified Notices of Default, Conditional Acceptances, and Affidavit-**

24    **Based Contracts —** which remain unrebutted and form the basis for

25    administrative default and commercial dishonor under UCC §§ 3-505

26    and 2-201.

27    • **Perfected UCC-1 Financing Statements and UCC-3 Amendments —** filed

28    and recorded under Nevada Secretary of State filings (Exhibits B through E).

Registered Mail #RF775822327US — Dated: May 24, 2025

- **Lawfully recorded Grant Deeds —** showing lawful vesting of title in the WG Private Irrevocable Trust before any purported Trustee's Deed (Exhibits F and G).

- **Defendants' VERIFIED Response and Demand for Dismissal of Fraudulent Unlawful Detainer AND SANCTIONS AGAINST PLAINTIFF and Demand FOR CONSIDERED AND STIPULATED JUDGMENT, and Demand FOR QUIET TITLE AND FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS, AS A MATTER OF LAW** (Exhibit T), served March 22, 2025, and unrebutted to this day.

As **a matter of law** and binding precedent, this *unrebutted* and *perfected* record establishes **Plaintiff's dishonor, lack of standing, and default.** Accordingly, Plaintiff is **barred** from asserting any further claims or defenses in this matter. The claims of Defendants must be deemed admitted, final, and binding under Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976), and the UCC governing standards of acceptance, default, and dishonor.

**Supporting Exhibits:**

- **Exhibit A**: Affidavit: Power of Attorney in Fact.
- **Exhibit B**: UCC1 Filing #2024385925-4
- **Exhibit C**: UCC1 Filing #2024385935-1
- **Exhibit D**: UCC3 Filing and NOTICE #2024402433-7
- **Exhibit E**: UCC3 Filing and NOTICE #2024411182-7
- **Exhibit F**: GRANT DEED, DOC #2022-0490841
- **Exhibit G**: GRANT DEED, DOC #2024-0291980
- **Exhibit H**: Affidavit & Security Agreement #EI988807156US
- **Exhibit I**: Affidavit & Security Agreement #RF775822865US
- **Exhibit J**: Affidavit & Security Agreement #RF775823755US
- **Exhibit K**: Affidavit Certificate of Dishonor and Lien Authorization #RF775824288US
- **Exhibit T**: VERIFIED RESPONSE AND DEMAND (March 22, 2025)

VERIFIED MOTION AND DEMAND TO DISMISS UNLAWFUL DETAINER ACTION FOR LACK OF SUBJECT MATTER JURISDICTION, FRAUD UPON THE COURT, AND PENDING RESOLUTION OF SUPERIOR TITLE IN CIVIL CASE NO. CVME2504043 AND MEMORANDUM OF POINTS AND AUTHORITIES

Registered Mail #RF775822327US — Dated: May 24, 2025

This unrebutted record stands as self-executing judgment in equity and commerce. As such, Plaintiff is in dishonor and has no standing to bring this proceeding.

## IV. THIS COURT IS REQUIRED TO DISMISS SUA SPONTE FOR LACK OF SUBJECT MATTER JURISDICTION

It is a well-established principle that a court lacking subject matter jurisdiction must dismiss the case **sua sponte**, and any action taken without jurisdiction is **void ab initio**.

Under **California Code of Civil Procedure § 430.10(a)**, a complaint is subject to dismissal where the court lacks jurisdiction over the subject matter of the cause. Furthermore, under **CCP § 473(d)**, a court has the inherent authority to **vacate void judgments or orders at any time**, sua sponte or upon motion.

This principle is not discretionary—it is **mandatory**. A court has **no power to proceed** in the absence of jurisdiction, and **any judgment, order, or writ** issued under such conditions is **legally null**.

**Controlling Authorities:**

- **People v. American Contractors Indemnity Co.** (2004) 33 Cal.4th 653, 660:
  *"A court acts in excess of its jurisdiction when it lacks authority over the subject matter."*

- **Carlson v. Eassa** (1997) 54 Cal.App.4th 684, 691:
  *"Any judgment rendered by a court lacking subject matter jurisdiction is void on its face and subject to collateral attack at any time."*

- **County of Ventura v. Tillett** (1982) 133 Cal.App.3d 105, 110:
  *"The court has a duty to dismiss an action sua sponte if it determines that jurisdiction is lacking."*

- **In re Marriage of Goddard** (2004) 33 Cal.4th 49, 54:
  *"The absence of subject matter jurisdiction renders any resulting judgment void and unenforceable."*

VERIFIED MOTION AND DEMAND TO DISMISS UNLAWFUL DETAINER ACTION FOR LACK OF SUBJECT MATTER JURISDICTION, FRAUD UPON THE COURT, AND PENDING RESOLUTION OF SUPERIOR TITLE IN CIVIL CASE NO. CVME2504043 AND MEMORANDUM OF POINTS AND AUTHORITIES

Page 44 of 91

Moreover, where a **pending quiet title action** disputes possession and title, and where a **genuine legal or equitable controversy** exists, **unlawful detainer jurisdiction is automatically defeated.** See:

- **Asuncion v. Superior Court** (1980) 108 Cal.App.3d 141;
- **Steiner v. Thexton** (2010) 48 Cal.4th 411;
- **Cheney v. Trauzettel** (1937) 9 Cal.2d 158.

Accordingly, the unlawful detainer proceeding in this matter constitutes a **jurisdictional overreach** and must be dismissed without further delay.

## V. RELIEF DEMANDED

In light of the unrebutted record, perfected commercial instruments, and binding authorities cited above it is lawfully and urgently demanded that this honorable Court:

1. **Dismiss the Unlawful Detainer action in its entirety** for lack of subject matter jurisdiction;

2. **Declare the proceeding void ab initio** under CCP § 473(d);

3. **Acknowledge the perfected and unrebutted commercial and equitable record** on file, including filed UCC-1s, UCC-3s, Grant Deeds, and unrebutted Affidavits and Notices of Default (Exhibits A–Q);

4. **Preserve all private rights and remedies** under equity and trust law, and affirm that no legal or lawful adverse claim remains pending.

Any further proceedings in this matter would constitute an **ultra vires act**, a **violation of due process**, *and* a **breach of judicial duty** under the **Constitution** *and* **laws of California**. All rights expressly reserved, **nunc pro tunc, ab initio**.

//
//
//
//
//

Registered Mail #RF775822327US — Dated: May 24, 2025

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF VERIFIED MOTION AND DEMAND TO DISMISS

## I. INTRODUCTION

This memorandum is submitted in support of the Verified Motion and Demand to Dismiss the Unlawful Detainer Complaint filed in Case No. UDME2500465. The complaint is legally and procedurally defective and must be dismissed for lack of subject matter jurisdiction under California Code of Civil Procedure § 430.10(a), and CCP § 473(d), and due to a pending title dispute in Civil Case No. CVME2504043. The Plaintiff's claim is predicated on a facially void Trustee's Deed Upon Sale, recorded in violation of due process and superseded by perfected and recorded title instruments.

## II. STATEMENT OF FACTS

1.  Defendants are the lawfully secured and beneficial title holders to the real property located at 31990 Pasos Place, Temecula, California (APN: 957-570-005), by virtue of two valid and duly recorded Grant Deeds: one recorded on December 5, 2022 (Doc. #2022-0490841), and the other recorded on September 27, 2024 (Doc. #2024-0291980).

2.  These Grant Deeds lawfully vested full legal and equitable title in the WG PRIVATE IRREVOCABLE TRUST prior to any alleged foreclosure or transfer by third parties.

3.  The Plaintiff's claim of right to possession is based on a purported Trustee's Deed Upon Sale, recorded on January 17, 2025 (Doc. #2025-0017386), which was recorded after the trust's title was already perfected and of public record.

4.  Said Trustee's Deed is therefore **void ab initio**, as it was executed *without* lawful authority, **post-perfection of the trust's secured and equitable title,** ***and* constitutes a fraudulent conveyance without jurisdiction or legal basis**.

5.  Because the transfer purportedly effectuated by the Trustee's Deed occurred after title had already lawfully vested in the Defendants via the recorded

VERIFIED MOTION AND DEMAND TO DISMISS UNLAWFUL DETAINER ACTION FOR LACK OF SUBJECT MATTER JURISDICTION, FRAUD UPON THE COURT, AND PENDING RESOLUTION OF SUPERIOR TITLE IN CIVIL CASE NO. CVME2504043 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

1    Grant Deeds, the underlying sale and deed are legally null and without force

2    or effect.

3    6.    Defendants perfected their superior claims through UCC-1 Financing

4    Statements and UCC-3 Amendments filed with the Nevada Secretary of State

5    under Filing Nos. 2024385925-4, 2024385935-1, 2024402433-7, and

6    2024411182-7, establishing a secured priority position.

7    7.    Defendants filed a Verified Quiet Title Complaint on April 16, 2025, in Case

8    No. CVME2504043, formally challenging the validity of the Trustee's Deed

9    and asserting superior title rights.

10    8.    Plaintiff has failed to rebut lawfully served commercial affidavits, perfected

11    filings, and verified notices, and remains in unrebutted default and

12    commercial dishonor.

13    ### III. LEGAL BASIS AND POINTS OF LAW

14    **A. An Unlawful Detainer Court May Not Adjudicate Title**

15    Unlawful detainer actions are summary proceedings strictly limited to right of

16    possession. When title is genuinely disputed, the action must be stayed or

17    dismissed.

18    •    *Asuncion v. Superior Court* (1980) 108 Cal.App.3d 141, 145.

19    •    *Cheney v. Trauzettel* (1937) 9 Cal.2d 158, 159–160.

20    •    *Steiner v. Thexton* (2010) 48 Cal.4th 411, 429.

21    •    *Delta Inv. Corp. v. Morrison* (1970) 13 Cal.App.3d 373, 378.

22    **B. The Trustee's Deed is Void Ab Initio**

23    A trustee's deed is void if executed without lawful authority or after title has

24    already vested elsewhere.

25    •    *Dimock v. Emerald Properties LLC* (2000) 81 Cal.App.4th 868, 876.

26    •    *Yvanova v. New Century Mortgage Corp.* (2016) 62 Cal.4th 919.

27    •    *Sciarratta v. U.S. Bank* (2016) 247 Cal.App.4th 552.

28    •    *Bank of America v. Reidy* (1940) 15 Cal.2d 243, 248.

Registered Mail #RF775822327US — Dated: May 24, 2025

**C. Courts Must Dismiss Sua Sponte When Jurisdiction is Lacking**

- *People v. American Contractors Indem. Co.* (2004) 33 Cal.4th 653, 660.

- *County of Ventura v. Tillett* (1982) 133 Cal.App.3d 105, 110.

- *In re Marriage of Goddard* (2004) 33 Cal.4th 49, 54.

- *Carlson v. Eassa* (1997) 54 Cal.App.4th 684, 691.

# IV. CONCLUSION

The unlawful detainer action must be dismissed in its entirety. Plaintiff's alleged basis of title—Trustee's Deed Upon Sale—is **void** *ab initio*. The matter of title is under active adjudication in a separate quiet title case. This Court is **<u>required</u>** by law to dismiss the present action **sua sponte**, **or upon motion**.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

VERIFIED MOTION AND DEMAND TO DISMISS UNLAWFUL DETAINER ACTION FOR LACK OF SUBJECT MATTER JURISDICTION, FRAUD UPON THE COURT, AND PENDING RESOLUTION OF SUPERIOR TITLE IN CIVIL CASE NO. CVME2504043 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Registered Mail #RF775822327US — Dated: May 24, 2025

## VERIFICATION:

### Pursuant to 28 U.S.C. § 1746

### BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE

I, Kevin: Realworldfare, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the **United States of America**, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this 24th day of May in the year of Our Lord two thousand and twenty five, *without* the United States, **with all rights reserved and without recourse and without prejudice.**

**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _Kevin : Realworldfare_

**Kevin: Realworldfare**, *Secured Party, Fiduciary, Authorized Representative, Executor*

## VERIFICATION:

### Pursuant to 28 U.S.C. § 1746

### BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE

I, Donnabella: Realworldfare, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the **United States of America**, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this 24th day of May in the year of Our Lord two thousand and twenty five, *without* the United States, **with all rights reserved and without recourse and without prejudice.**

**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _Donnabella : Realworldfare_

**Donnabella: Realworldfare**, *Secured Party, Fiduciary, Authorized Representative, Executor*

Page 11 of 16

Registered Mail #RF775822327US — Dated: May 24, 2025

# **LIST OF EXHIBITS / EVIDENCE:**

1. E**xhibit A:** Affidavit: Power of Attorney in Fact.

2. E**xhibit B:** UCC1 filing #2024385925-4.

3. E**xhibit C:** UCC1 filing #2024385935-1**.**

4. E**xhibit D:** UCC3 filing and NOTICE #2024402433-7.

5. E**xhibit E:** UCC3 filing and NOTICE #2024411182-7.

6. E**xhibit F:** GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.: 30291 KH, recorded in Official Records County of Riverside.

7. E**xhibit G:** GRANT DEED recorded in Official Records County of Riverside, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private trust property is titled to '<u>WG **Private Irrevocable** Trust, dated Febraury 7, 2022</u>'.

8. **Exhibit H:** Affidavit and Contract and Security Agreement #EI988807156US.

9. **Exhibit I**: Affidavit and Contract and Security Agreement #RF775822865US.

10. **Exhibit J**: Affidavit and Contract and Security Agreement #RF775823755US.

11. **Exhibit K**: Contract and Security Agreement / Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION and LIEN AUTHORIZATION, #RF775824288US.

12. **Exhibit L**: Form 3811 corresponding to Exhibit L.

13. **Exhibit M**: Form 3811 corresponding to Exhibit N.

14. **Exhibit N**: Form 3811 corresponding to Exhibit P.

15. **Exhibit O**: Form 3811 corresponding to Exhibit R.

16. **Exhibit P**: Exhibit U: INVOICE/TRUE BILL #MIRINAJDISHONOR25.

17. E**xhibit Q: Fraudulent and extortionate** OFFER/CONTRACT titled '<u>3/90 DAY NOTICE TO QUIT</u>'

18. E**xhibit R:** Trademark and Copyright Contract Agreement for ™KEVIN WALKER©.

19. **Exhibit S:** Trademark and Copyright Contract Agreement for ™DONNABELLE MORTEL©

VERIFIED MOTION AND DEMAND TO DISMISS UNLAWFUL DETAINER ACTION FOR LACK OF SUBJECT MATTER JURISDICTION, FRAUD UPON THE COURT, AND PENDING RESOLUTION OF SUPERIOR TITLE IN CIVIL CASE NO. CVME2504043 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Registered Mail #RF775822327US — Dated: May 24, 2025

20. **Exhibit T:** Defendants' <u>VERIFIED</u> Response and Demand for Dismissal of <u>Fraudulent</u> Unlawful Detainer AND <u>SANCTIONS</u> AGAINST PLAINTIFF and Demand FOR CONSIDERED AND STIPULATED JUDGEMENT, and Demand FOR QUIET TITLE AND Demand for Summary JudgEment in Favor of DefendantS, as <u>a matter of law</u>.

21. **Exhibit U:** Verified Complaint to Quiet Tile, Case No. CVME2504043, filed April 16, 2025.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

VERIFIED MOTION AND DEMAND TO DISMISS UNLAWFUL DETAINER ACTION FOR LACK OF SUBJECT MATTER JURISDICTION, FRAUD UPON THE COURT, AND PENDING RESOLUTION OF SUPERIOR TITLE IN CIVIL CASE NO. CVME2504043 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Registered Mail #RF775822327US — Dated: May 24, 2025

# P R O O F   O F   S E R V I C E

1

STATE OF CALIFORNIA              )

2

                                 )       ss.

3

COUNTY OF RIVERSIDE              )

4

5    I competent, over the age of eighteen years, and not a party to the within

6    action.  My mailing address is the Walkernova Group, **care of:** 30650 Rancho

7    California Road suite #406-251, Temecula, California [92591].  On or about **May 27,**

8    **2025**, I served the within documents:

9    **1.** <u>VERIFIED</u> **MOTION AND DEMAND TO DISMISS UNLAWFUL DETAINER ACTION FOR**

10   **LACK OF SUBJECT MATTER JURISDICTION, FRAUD UPON THE COURT, AND PENDING**

11   **RESOLUTION OF SUPERIOR TITLE IN CIVIL CASE NO. CVME2504043 AND**

12   **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

13   **2.**                              **Exhibits T and U**

14   **By United States Mail.**  I enclosed the documents in a sealed envelope or package

15   addressed to the persons at the addresses listed below by placing the envelope for

16   collection and mailing, following our ordinary business practices.  I am readily familiar

17   with this business's practice for collecting and processing correspondence for mailing.  On

18   the same day that correspondence is placed for collection and mailing, it is deposited in

19   the ordinary course of business with the United States Postal Service, in a sealed envelope

20   with postage fully prepared. I am a resident or employed in the county where the mailing

21   occurred.  The envelope or package was placed in the mail in Riverside County, California,

22   and sent via Registered Mail with a form 3811.

23          Clerk(s), Agent(s)
            C/o **CLERK OF COURT**
24          27401 Menifee Center Drive
            Menifee, California [92584]
25          Registered Mail #RF775823185US with form 3811

26          Clerk(s), Agent(s)
            C/o **CLERK OF COURT**
27          3389 12th Street
            Riverside, California [92501]
28          Registered Mail #RF775825703US with form 3811

---

Page 14 of 16

Registered Mail #RF775822327US — Dated: May 24, 2025

Naji Doumit, Mary Doumit, Daniel Doumit
C/o **NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**
1130 South Tamarisk Drive
Anaheim, California [92807]
Registered Mail #RF775822313US with form 3811

Barry-Lee: O'Connor
**C/o BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES**
3691 Adams Street
Riverside, California [92504]
Registered Mail #RF775822327US with form 3811

**By Electronic Service.** Based on a court order and/or an **agreement of the parties** to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Naji Doumit, Mary Doumit, Daniel Doumit
C/o **NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**
1130 South Tamarisk Drive
Anaheim, California [92807]
louisatoui3@yahoo.com
najidoumit@gmail.com

Barry-Lee: O'Connor (#134549)
**C/o BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES**
3691 Adams Street
Riverside, California [92504]
udlaw2@aol.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **May 24, 2025** in Riverside County, California.

_____*/s/Corey Walker*_____
Corey Walker

//

//

//

//

## NOTICE:

Using a notary on this document does ***not*** constitute joinder adhesion, or consent to any foreign jurisdiction, ***nor does it alter my status in any manner.*** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

VERIFIED MOTION AND DEMAND TO DISMISS UNLAWFUL DETAINER ACTION FOR LACK OF SUBJECT MATTER JURISDICTION, FRAUD UPON THE COURT, AND PENDING RESOLUTION OF SUPERIOR TITLE IN CIVIL CASE NO. CVME2504043 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

# ACKNOWLEDGEMENT:

State of California                    )

                                      ) ss.

County of Riverside                    )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On this <u>24th</u> day of <u>March</u>, <u>2025</u>, before me, <u> Joyti Patel </u>, a Notary Public,

personally appeared <u>Kevin Realworldfare *(formerly Kevin Walker)*</u>, who proved to me

on the basis of satisfactory evidence to be the person(s) whose name(s) is/are

subscribed to the within instrument and acknowledged to me that he/she/they

executed the same in his/her/their authorized capacity(ies), and that by his/her/

their signature(s) on the instrument the person(s), or the entity upon behalf of

which the person(s) acted, executed the instrument.


I certify under PENALTY OF PERJURY under the laws of the State of California

that the foregoing paragraph is true and correct.


**WITNESS my hand and official seal.**


Signature _____ (Seal)

Signature _____ (Seal)

> JOYTI PATEL
> Notary Public - California
> Riverside County
> Commission # 2407742
> My Comm. Expires Jul 8, 2026

VERIFIED MOTION AND DEMAND TO DISMISS UNLAWFUL DETAINER ACTION FOR LACK OF SUBJECT MATTER JURISDICTION, FRAUD UPON THE COURT, AND PENDING RESOLUTION OF SUPERIOR TITLE IN CIVIL CASE NO. CVME2504043 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

-Exhibit D-

Registered Mail #RF775822327US — Dated: May 24, 2025

1  Kevin : Realworldfare
2  Donnabelle: Realworldfare
   C/o 30650 Rancho California Road # 406-251
3  Temecula, California [92591]
4  non-domestic *without* the United States
   Email: team@walkernovagroup.com
5  Phone: (310) 923-8521
6
7  Fiduciaries, *Executors, Authorized Representatives,*
   *and Secured Parties* for the Purported Defendants
8
   # SUPERIOR COURT OF THE STATE OF CALIFORNIA
9  # COUNTY OF RIVERSIDE
10 **MARINAJ PROPERTIES LLC,**
11          [*Purported*] *Plaintiff,*            Case No. UDME2500465

12          *vs.*                                 **VERIFIED** NOTICE OF RELATED
                                                  **CASE (Case No. CVME2504043)**
13
14 ™**KEVIN WALKER,** ™**DONNABELLE**
   **MORTEL©,** *Does 1-10 Inclusive,*
15          [Purported] *Defendant(s)/Secured Parties*   (SPECIAL LIMITED APPEARANCE —
                                                  **EQUITY** JURISDICTION PRESERVED)
16
17
18
19
20 _____

21 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

22 PLEASE TAKE NOTICE that pursuant to California Rules of Court, Rule 3.300,

23 **Kevin: Realworldfare** and **Donnabella: Realworldfare,** by *Special Limited*

24 *Appearance* only, **not** generally, in **private capacity**, **not** pro se, as **Fiduciaries,**

25 **Secured Parties, Real Parties in Interest, and Beneficial Title Holder**s for the

26 *Purported* Defendants ™**KEVIN WALKER,** ™**DONNABELLE MORTEL©**

27 (hereinafter "Purported Defendants," "Secured Party(ies)," and/or "Real Party(ies)

28 in Interest"), hereby identify the following cases as **related:**

Registered Mail #RF775822327US — Dated: May 24, 2025

1.   **MARINAJ PROPERTIES LLC v. KEVIN WALKER et al.,**

     **Case No.: UDME2500465**

     **Court:** Riverside County Superior Court (Unlawful Detainer Division)

     **Filed:** On or About February 26, 2025

     **Subject Property:** 31990 Pasos Place, Temecula California

     **Issue:** Unlawful detainer action initiated based on a disputed *and **<u>void ab initio</u>*** Trustee's Deed Upon Sale.

2.   WG PRIVATE IRREVOCABLE TRUST, et al vs MARINAJ PROPERTIES LLC,

     **Case No.: CVME2504043**

     **Court:** Riverside County Superior Court (Civil Division)

     **Filed:** On or about April 16, 2025

     **Subject Property:** 31990 Pasos Place, Temecula California

     **Issue:** Quiet Title Action contesting the validity of the Plaintiff's claim to title based on the same fraudulent and ***<u>void ab initio</u>*** Trustee's Deed Upon Sale underlying the unlawful detainer action.

These cases are related within the meaning of Rule 3.300(a) because they:

• Involve the **same parties** or closely related entities,

• Concern the **same real property**, and

• Present **overlapping factual and legal issues**, including the validity of the Trustee's Deed Upon Sale and rightful title to the subject property.

Consolidation, coordination, or at minimum a judicial stay of enforcement proceedings in the unlawful detainer case is necessary to avoid inconsistent rulings, duplication of judicial resources, and potential violation of constitutional due process rights.

• *"The unlawful detainer remedy presupposes the existence of a landlord-tenant relationship or legal basis for summary possession; where title is challenged, the action **<span style="color:red">must be dismissed."</span>***

   — *Evans v. Superior Court (1977) 67 Cal.App.3d 162, 170.*

Registered Mail #RF775822327US — Dated: May 24, 2025

1    • *"A court without subject matter jurisdiction has no power to act, and **any** judgment*
2    *or order it enters is **void**."*
3    — *Varian Medical Systems, Inc. v. Delfino (2005) 35 Cal.4th 180, 196;*
4    *see also In re Marriage of Goddard (2004) 33 Cal.4th 49, 56.*
5    • *"An unlawful detainer action is not the proper forum for trying title to real*
6    *property."*
7    — *Asuncion v. Superior Court (1980) 108 Cal.App.3d 141, 145.*
8    • *"Where the right of possession depends on the validity of the title, and that title is in*
9    *substantial dispute, unlawful detainer is not an appropriate remedy."*
10   — *Steiner v. Thexton (2010) 48 Cal.4th 411, 429.*
11   • *"The summary proceeding is not designed to adjudicate ownership rights or resolve*
12   *complex issues of title."*
13   — *Cheney v. Trauzettel (1937) 9 Cal.2d 158, 159.*
14   • *"An unlawful detainer action is not the proper forum for trying title to real*
15   *property."*
16   — *Asuncion v. Superior Court (1980) 108 Cal.App.3d 141, 145.*
17   • *"The summary remedy of unlawful detainer **is not available** where title is in issue or*
18   *where the right to possession is dependent on the resolution of conflicting claims to title."*
19   — *Cheney v. Trauzettel (1937) 9 Cal.2d 158, 159–160.*
20   *"Unlawful detainer is a statutory proceeding designed to be quick and efficient; it is not*
21   *the place to resolve disputed legal or equitable ownership rights."*
22   — *Karoutas v. HomeFed Bank (1991) 232 Cal.App.3d 767, 771.*
23   //
24   //
25   //
26   //
27   //
28   //

Registered Mail #RF775822327US — Dated: May 24, 2025

# VERIFICATION:

## Pursuant to 28 U.S.C. § 1746

### BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE

I, Kevin Realworldfare, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the **United States of America**, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this 24th day of May in the year of Our Lord two thousand and twenty five, *without* the United States, **with all rights reserved and without prejudice.**

**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _Kevin : Realworldfare_

**Kevin: Realworldfare**, *Fiduciary, Authorized Representative, Executor, Secured Party, Master Beneficiary*

//
//
//
//
//
//
//
//
//
//
//
//
//

Registered Mail #RF775822327US — Dated: May 24, 2025

# P R O O F   O F   S E R V I C E

1

2  STATE OF CALIFORNIA                    )

3                                                         )        ss.

4  COUNTY OF RIVERSIDE               )

5         I competent, over the age of eighteen years, and not a party to the within

6  action.  My mailing address is the Walkernova Group, **care of:** 30650 Rancho

7  California Road suite #406-251, Temecula, California [92591].  **On May 27, 2025**, I

8  served the within documents:

9  **1.**                    **VERIFIED NOTICE OF RELATED CASE.**

10   **By United States Mail.**  I enclosed the documents in a sealed envelope or package

11  addressed to the persons at the addresses listed below by placing the envelope for

12  collection and mailing, following our ordinary business practices.  I am readily

13  familiar with this business's practice for collecting and processing correspondence

14  for mailing.  On the same day that correspondence is placed for collection and

15  mailing, it is deposited in the ordinary course of business with the United States

16  Postal Service, in a sealed envelope with postage fully prepared. I am a resident or

17  employed in the county where the mailing occurred.  The envelope or package was

18  placed in the mail in Riverside County, California, and sent via Registered Mail

19  with a form 3811.

20         Clerk(s), Agent(s)
         C/o **CLERK OF COURT**
21         27401 Menifee Center Drive
         Menifee, California [92584]
22         Registered Mail #RF775823185US with form 3811

23         Naji Doumit, Mary Doumit, Daniel Doumit
         C/o **NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**
24         1130 South Tamarisk Drive
         Anaheim, California [92807]
25         Registered Mail #RF775822313US with form 3811

26         Barry-Lee: O'Connor
         **C/o BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES**
         3691 Adams Street
27         Riverside, California [92504]
         Registered Mail #RF775822327US with form 3811
28

Page 5 of 7

Registered Mail #RF775822327US — Dated: May 24, 2025

1    **By Electronic Service.**  Based on a court order and/or an **agreement of the**

2    **parties** to accept service by electronic transmission, I caused the documents to be

3    sent to the persons at the electronic notification addresses listed below.

4    Naji Doumit, Mary Doumit, Daniel Doumit
     C/o **NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**

5    1130 South Tamarisk Drive
     Anaheim, California [92807]

6    louisatoui3@yahoo.com
     najidoumit@gmail.com

7    Barry-Lee: O'Connor (#134549)
     C/o **BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES**

8    3691 Adams Street
     Riverside, California [92504]

9    udlaw2@aol.com

10    I declare under penalty of perjury under the laws of the State of California

11    that the above is true and correct.  Executed on **May 24, 2025** in Riverside County,

12    California.

13                    ____ */s/Corey Walker* ____
                          Corey Walker

14    //

15    //

16    //

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24                    **NOTICE:**

25    Using a notary on this document does *not* constitute joinder adhesion, or consent to

26    any foreign jurisdiction, *nor does it alter my status in any manner*. The purpose for

27    notary is verification and identification only and not for entrance into any foreign

28    jurisdiction.

Registered Mail #RF775822327US — Dated: May 24, 2025

# ACKNOWLEDGEMENT:

1

State of California )

2

) ss.

3

County of Riverside )

4

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

5 On this 24th day of March, 2025, before me, Joyti Patel , a Notary Public,

6 personally appeared Kevin Realworldfare (formerly Kevin Walker), who proved to me

7 on the basis of satisfactory evidence to be the person(s) whose name(s) is/are

8 subscribed to the within instrument and acknowledged to me that he/she/they

9 executed the same in his/her/their authorized capacity(ies), and that by his/her/

10 their signature(s) on the instrument the person(s), or the entity upon behalf of

11 which the person(s) acted, executed the instrument.

12

13 I certify under PENALTY OF PERJURY under the laws of the State of California

14 that the foregoing paragraph is true and correct.

15

16 **WITNESS my hand and official seal.**

17

18 Signature _____ (Seal)

19 Signature _Joytipatel_____ (Seal)

20

21

22

23

24

25

26

27

28

JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Kevin. Realworldfare, Fiduciary/Secured Party/Executor<br>KEVIN WALKER, DONNABELLE MORTEL<br>c/o 30650 Rancho California Road #406-251<br>Temecula, California [92591]<br><br>TELEPHONE NO (310) 923-8521 FAX NO *(Optional)*<br>EMAIL ADDRESS *(Optional)* team@walkernovagroup.com<br>ATTORNEY FOR *(Name)* | *FOR COURT USE ONLY* |
| --- | --- |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS 27401 Menifee Center Drive<br>MAILING ADDRESS<br>CITY AND ZIP CODE Menifee, California [92584]<br>BRANCH NAME Menifee Justice Center | |
| --- | --- |

| PLAINTIFF/PETITIONER: MARINAJ PROPERTIES LLC | CASE NUMBER<br>UDME2500465 |
| --- | --- |
| DEFENDANT/RESPONDENT: KEVIN WALKER, DONNABELLE MORTEL | JUDICIAL OFFICER |
| **NOTICE OF RELATED CASE** | DEPT |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: WG PRIVATE IRREVOCABLE TRUST, et al vs MARINAJ PROPERTIES LLC

   b. Case number: CVME2504043

   c. Court: [✖] same as above

   [ ] other state or federal court *(name and address):*

   d. Department:

   e. Case type: [✖] limited civil [ ] unlimited civil [ ] probate [ ] family law [ ] other *(specify):*

   f. Filing date: April 16, 2025

   g. Has this case been designated or determined as "complex?" [ ] Yes [✖] No

   h. Relationship of this case to the case referenced above *(check all that apply):*

   [✖] involves the same parties and is based on the same or similar claims.

   [✖] arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

   [✖] involves claims against, title to, possession of, or damages to the same property.

   [✖] is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

   [ ] Additional explanation is attached in attachment 1h

   i. Status of case:

   [✖] pending

   [ ] dismissed [ ] with [ ] without prejudice

   [ ] disposed of by judgment

2. a. Title:

   b. Case number:

   c. Court: [ ] same as above

   [ ] other state or federal court *(name and address):*

   d. Department:

---

Page 1 of 3

**NOTICE OF RELATED CASE**

Cal. Rules of Court, rule 3.300<br>www.courts.ca.gov

CM-015

| PLAINTIFF/PETITIONER: **MARINAJ PROPERTIES** | CASE NUMBER |
| DEFENDANT/RESPONDENT: **KEVIN WALKER, DONNABELLE MORTEL** | **UDME2500465** |

2. *(continued)*

   e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

   f. Filing date:

   g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

   h. Relationship of this case to the case referenced above *(check all that apply):*

      ☐ involves the same parties and is based on the same or similar claims.

      ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

      ☐ involves claims against, title to, possession of, or damages to the same property.

      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

        ☐ Additional explanation is attached in attachment 2h

   i. Status of case:

      ☐ pending

      ☐ dismissed ☐ with ☐ without prejudice

      ☐ disposed of by judgment

3. a. Title:

   b. Case number:

   c. Court: ☐ same as above

      ☐ other state or federal court *(name and address):*

   d. Department:

   e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

   f. Filing date:

   g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

   h. Relationship of this case to the case referenced above *(check all that apply):*

      ☐ involves the same parties and is based on the same or similar claims.

      ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

      ☐ involves claims against, title to, possession of, or damages to the same property.

      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

        ☐ Additional explanation is attached in attachment 3h

   i. Status of case:

      ☐ pending

      ☐ dismissed ☐ with ☐ without prejudice

      ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: May 24, 2025

Kevin: Realworldfare, Fidcuariary/Secured Party/Executor

(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ Kevin: Ken Walker/More A11/19h15 1oserved

Fiduciary / Executor

vcc 1-308, 3-402

without recourse
without prejudice

(SIGNATURE OF PARTY OR ATTORNEY)

CM-015 [Rev. July 1, 2007]

**NOTICE OF RELATED CASE**

Page 2 of 3

**CM-015**

| PLAINTIFF/PETITIONER: **MARINAJ PROPERTIES** | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: **KEVIN WALKER, DONNABELLE MORTEL** | **UDME2500465** |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

*(NOTE: You cannot serve the Notice of Related Case if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*
   Walkernova Group
   c/o 30650 Rancho California Road #406-251
   Temecula, California [92591]

2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one):*

   a. ☒ deposited the sealed envelope with the United States Postal Service.

   b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:

   a. on *(date):* May 24, 2025

   b. from *(city and state):* Temecula, California

4. The envelope was addressed and mailed as follows:

   a. Name of person served:
      Naji Doumit and MARINAJ PROPERTIES
      Street address: 1130 South Tamarisk Drive
      City: Anaheim
      State and zip code: California [92807]

   c. Name of person served:

      Street address:
      City:
      State and zip code:

   b. Name of person served:
      Barry Lee O'Connor
      Street address: 3691 Adams Street
      City: Riverside
      State and zip code: California [92504]

   d. Name of person served:

      Street address:
      City:
      State and zip code:

☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 24, 2025

Chris Yarbra

(TYPE OR PRINT NAME OF DECLARANT)       ► _____
                                         (SIGNATURE OF DECLARANT)

CM-015 [Rev. July 1, 2007]                    **NOTICE OF RELATED CASE**                    Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.      

Registered Mail No. RF775826505US — Date: June 6, 2025

Kevin : Realworldfare
Donnabelle: Realworldfare
C/o 30650 Rancho California Road # 406-251
Temecula, California [92591]
non-domestic *without* the United States
Email: team@walkernovagroup.com
Phone: (310) 923-8521

Fiduciaries, *Executors, Authorized Representatives,*
*and Secured Parties* for the Purported Defendants

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF RIVERSIDE

**MARINAJ PROPERTIES LLC,**
      [*Purported*] *Plaintiff,*

    *vs.*

™**KEVIN WALKER,** ™**DONNABELLE MORTEL©,** *Does 1-10 Inclusive*,
    [Purported] *Defendant(s)/Secured Parties*

Case No. UDME2500465

**VERIFIED NOTICE OF REMOVAL**

(SPECIAL LIMITED APPEARANCE — **EQUITY** JURISDICTION PRESERVED)

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OR RECORD:

This matter is brought in **equity,** under the original and exclusive jurisdiction of this Court as authorized by the Constitution of the United States, Article III, Section 2. All statutory jurisdiction is expressly denied and rebutted. This is a Court of Record. All rights are reserved without prejudice pursuant to UCC 1-308.

**PLEASE TAKE NOTICE** that Kevin: Realworldfare, and Donnabella: Realworldfare, both each a private American national, proceeding *sui juris, in*

Registered Mail No. RF775826505US — Date: June 6, 2025

1    *propria persona,* by *Special Limited Appearance* only, and **not pro se**, as the Real

2    Party in Interest and Secured Party for the ens legis, artificial entities, and corporate

3    fictions **KEVIN WALKER** and **DONNABELLE MORTEL** (hereinafter Purported

4    "Defendant" or "ENS LEGIS"), has filed a **Notice of Removal** in the United States

5    District Court for the Central District of California pursuant to **28 U.S.C. §§ 1331,**

6    **1441, 1443, and 1446,** thereby removing the entire action, including the cross-

7    complaint, from this court.

8    Removal is based on the presence of substantial federal questions, ongoing civil

9    rights violations under color of law, and claims arising under federal statutes

10    including, but not limited to, **42 U.S.C. §§ 1983, 1985, 1986; 18 U.S.C. § 1962 (RICO);**

11    **and 15 U.S.C. § 1125**.

12    This Court is now **divested of all jurisdiction** over this matter, and **no further**

13    **proceedings may lawfully be conducted** except to transmit the record to the

14    United States District Court and to enter ministerial orders acknowledging the

15    removal, pursuant to 28 U.S.C. § 1446(d). Attached hereto as **Exhibit T** is a copy of

16    the notice that was filed on **June 10, 2025.**

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

VERIFIED NOTICE OF REMOVAL                                  Page 67 of 91

# VERIFICATION:

## Pursuant to 28 U.S.C. § 1746

### BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE

I, Kevin: Realworldfare, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the **United States of America**, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this 9th day of June in the year of Our Lord two thousand and twenty five, *without* the United States, **with all rights reserved and without prejudice.**

**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _Kevin : Realworldfare_

**Kevin: Realworlfare**, Purported *Defendant, Secured Party, Real Party In Interest, Injured Party*

# VERIFICATION:

## Pursuant to 28 U.S.C. § 1746

### BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE

I, Kevin: Realworldfare, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the **United States of America**, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this 9th day of June in the year of Our Lord two thousand and twenty five, *without* the United States, **with all rights reserved and without prejudice.**

**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _Donnabella : Realworldfare_

**Donnabella: Realworlfare**, Purported *Defendant, Secured Party, Real Party In Interest, Injured Party*

Registered Mail No. RF775826505US — Date: June 6, 2025

# P R O O F   O F   S E R V I C E

1

2 STATE OF CALIFORNIA                    )

3                                        )        ss.

4 COUNTY OF RIVERSIDE                    )

5        I competent, over the age of eighteen (18) years, and not a party to the within

6 action.  My mailing address is the Walkernova Group, **care of:** 30650 Rancho

7 California Road suite #406-251, Temecula, California [92591].  On or about **June 9,**

8 **2025**, I served the within documents:

9 **1.**                    **VERIFIED** NOTICE OF REMOVAL

10 **2.**                    **Exhibit T**

11    **By United States Mail.**  I enclosed the documents in a sealed envelope or package

12 addressed to the persons at the addresses listed below by placing the envelope for

13 collection and mailing, following our ordinary business practices.  I am readily familiar

14 with this business's practice for collecting and processing correspondence for mailing.  On

15 the same day that correspondence is placed for collection and mailing, it is deposited in

16 the ordinary course of business with the United States Postal Service, in a sealed envelope

17 with postage fully prepared. I am a resident or employed in the county where the mailing

18 occurred.  The envelope or package was placed in the mail in Riverside County, California,

19 and sent via Registered Mail with a form 3811.

20          Barry-Lee: O'Connor
         **C/o BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES**
21       3691 Adams Street
         Riverside, California [92504]
22       Certified Mail No. 9589 0710 5270 1127 8437 13

23      **By Electronic Service.**  Based on a court order and/or an **agreement of the**

24 **parties** to accept service by electronic transmission, I caused the documents to be

25 sent to the persons at the electronic notification addresses listed below.

26          Naji Doumit, Mary Doumit, Daniel Doumit
         **C/o NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**
27       louisatoui3@yahoo.com
         najidoumit@gmail.com

28

VERIFIED NOTICE OF REMOVAL

Registered Mail No. RF775826505US — Date: June 6, 2025

1

John L. Bailey (#103867), Therese Bailey (#171043)
C/o **THE BAILEY LEGAL GROUP**
jbailey@tblglaw.com

2

tbailey@tblglaw.com

3      I declare under penalty of perjury under the laws of the State of California

4   that the above is true and correct.  Executed on **June 6, 2025** in Riverside County,

5   California.

6                                          */s/Chris Yarbra/*
                                            Chris Yarbra

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-Exhibit E-

RECORDING REQUESTED BY:

## DocStar Services, LLC.

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:

℅ WG Private Irrevocable Trust
31990 Pasos Place
Temecula, CA 92591

Text

DOC #: 2024-0291980
09/27/2024 08:39 AM Fees: $94.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: ELENA #448

This document has been electronically recorded/filed with
the County Recorder's Office shown herein. This Coversheet
should be kept together along with the attached Original
Documents, as confirmation of its recording.

---

APN:    957-570-005
File No.: 37238 KH

This Document has been recorded as an
Accommodation only, it has not been reviewed as
to its accuracy or its effect on title

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

T.R.A.: 013-109

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

"The conveyance transfers to an irrevocable
trust by the trustee or from an irrevocable
trust to a beneficiary, R&T 11911."

## GRANT DEED

DOCUMENTARY TRANSFER TAX IS $_____ 0.00 _____ CITY TAX IS $_____ 0.00 _____
_____ Computed on full value of property conveyed, or
_____ Computed on full value less liens and encumbrances remaining at time of sale.
_____ Unincorporated area    ✔ City of Temecula _____

For valuable consideration, receipt of which is hereby acknowledged,

Sameis Dragon, LLC, Trustee of the Memory Starburst Trust, dated February 7, 2022

hereby GRANT(S) to

WG Express, Trustee of the WG Private Irrevocable Trust, dated February 7, 2022

the following described property situated in the _____ City of Temecula _____, County of _____ Riverside _____,
State of _____ California _____:

Lot 5 of Tract No. 23209, in the City of Temecula, County of Riverside, State of California, on file in
Book 320, Pages 79 through 97, Records of Riverside County, California.

Commonly known as: 31990 Pasos Place, Temecula, CA 92591

MAIL TAX STATEMENTS AS DIRECTED ABOVE

**Page 1 of 2**

DOC #2024-0291980 Page 2 of 2

Memory Starburst Trust, dated February 7, 2022

By: Sameis Dragon, LLC, Trustee

Dated: _September 12, 2024_

_UCC 1-308_
_3-402_

By: Kevin Lewis Walker, its President

_____

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _California_ )
                                          ) §
COUNTY OF _Riverside_ )

On _September 25, 2024_ before me, _Joyti Patel, Notary Public_ , Notary Public, personally appeared Kevin Lewis Walker •••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Joyti Patel_

JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

-Exhibit F-

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| **Kevin Lewis Walker 310-923-8521** |
| B. E-MAIL CONTACT AT FILER (optional) |
| **kevinlwalker@me.com** |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| **KEVIN LEWIS WALKER** |
| **c/o 41593 Winchester Road, Suite 200** |
| **Temecula, CA 92590, USA** |

| Filed in the Office of | Initial Filing Number |
|---|---|
| | **2024385925-4** |
| *F H Aguilar* | Filed On |
| | **February 13, 2024 10:31 AM** |
| Secretary of State | Number of Pages |
| State Of Nevada | **1** |

1. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME **WALKER** | FIRST PERSONAL NAME **KEVIN** | ADDITIONAL NAME(S)/INITIAL(S) **LEWIS** | SUFFIX |
| 1c. MAILING ADDRESS **11400 W OLYMPIC BLVD SUITE 200** | CITY **LOS ANGELES** | STATE **CA** · POSTAL CODE **90064** | COUNTRY **USA** |

2. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE · POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME **WALKER** | FIRST PERSONAL NAME **KEVIN LEWIS** | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS **41593 WINCHESTER ROAD SUITE 200** | CITY **TEMECULA** | STATE **CA** · POSTAL CODE **92590** | COUNTRY **USA** |

4. **COLLATERAL:** This financing statement covers the following collateral:

**THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTORS INTEREST NOW OWNED OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS IN OF THE SECURED PARTY AS DETAILED IN A TRUE, CORRECT, COMPLETE, SECURITY AGREEMENT NO.070320042823. ALL OF DEBTORS ASSETS, THEIR SIGNATURE, REAL ESTATE, LAND, BANK ACCOUNTS, DNA, BIRTH CERTIFICATE, BONDS SECURITIES, LAWFUL MONEY, NOTES, DEBT INSTRUMENTS, FINGERPRINTS, CRYPTOCURRENCY WALLETS, TRADEMARKS, PATENTS, THEIR LIKENESS, BUSINESSES, OFFSPRING ADONIS ESCAREZ MORTEL WALKER AND ZOIYA ESCAREZ MORTEL WALKER BIRTH CERTIFICATES, EINS, TRUSTS, AND PERSONAL PROPERTY, AND ALL OF DEBTORS INTEREST IN SAID ASSETS, LAND AND PERSONAL PROPERTY, NOW OWNED AND HEREAFTER ACQUIRED, NOW EXISTING AND HEREAFTER ARISING AND WHEREVER LOCATED, DESCRIBED FULLY IN SECURITY AGREEMENT NO.070320042823. INQUIRING PARTIES MAY CONSULT DIRECTLY WITH THE DEBTOR TO ASCERTAIN IN DETAIL, THE FINANCIAL RELATIONSHIP AND CONTRACTUAL OBLIGATIONS ASSOCIATED WITH THIS COMMERCIAL TRANSACTION, IDENTIFIED IN THE SECURITY AGREEMENT REFERENCE ABOVE. ------ AFFIDAVIT OF TRUTHS AND POWER OF ATTORNEY IN FACT HAS BEEN NOTICED TO SECRETARY OF STATE, DEPARTMENT OF TREASURY, IRS, PROBATE, AND COUNTY. ADJUSTMENT OF THIS FILING IS IN ACCORD WITH HOUSE JOINT RESOLUTION HJR 192 OF JUNE 5TH 1933 AND UCC1- 103 AND 10-104. SECURED PARTY ACCEPTS DEBTOR SIGNATURE IN ACCORD WITH UCC1-201(39), 3-401.**

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☑ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

# -Exhibit G-

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Kevin Lewis Walker 310-923-8521 | |
| **B. E-MAIL CONTACT AT FILER (optional)**<br>kevinlwalker@me.com | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>KEVIN LEWIS WALKER<br>c/o 41593 Winchester Road, Suite 200<br>Temecula, CA 92590, USA | |

**Filed in the Office of** Secretary of State State Of Nevada

**Initial Filing Number**
**2024385935-1**
Filed On
**February 13, 2024 10:36 AM**
Number of Pages
**1**

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME<br>**MORTEL** | FIRST PERSONAL NAME<br>**DONNABELLE ESCAREZ** | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS<br>**11400 W OLYMPIC BLVD SUITE 200** | CITY<br>**LOS ANGELES** | STATE<br>**CA** · POSTAL CODE **90064** | COUNTRY<br>**USA** |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE · POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME<br>**MORTEL** | FIRST PERSONAL NAME<br>**DONNABELLE ESCAREZ** | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS<br>**C/O 41593 WINCHESTER SUITE 200** | CITY<br>**TEMECULA** | STATE<br>**CA** · POSTAL CODE **92590** | COUNTRY<br>**USA** |

4. **COLLATERAL:** This financing statement covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTORS INTEREST NOW OWNED OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS IN OF THE SECURED PARTY AS DETAILED IN A TRUE, CORRECT, COMPLETE, SECURITY AGREEMENT NO.DEM070320042823. ALL OF DEBTORS ASSETS, THEIR SIGNATURE, REAL ESTATE, LAND, BANK ACCOUNTS, DNA, BIRTH CERTIFICATE, BONDS SECURITIES, LAWFUL MONEY, NOTES, DEBT INSTRUMENTS, FINGERPRINTS, CRYPTOCURRENCY WALLETS, TRADEMARKS, PATENTS, THEIR LIKENESS, BUSINESSES, TRUSTS, AND PERSONAL PROPERTY, AND ALL OF DEBTORS INTEREST IN SAID ASSETS, LAND AND PERSONAL PROPERTY, NOW OWNED AND HEREAFTER ACQUIRED, NOW EXISTING AND HEREAFTER ARISING AND WHEREVER LOCATED, DESCRIBED FULLY IN SECURITY AGREEMENT NO.DEM070320042823. INQUIRING PARTIES MAY CONSULT DIRECTLY WITH THE DEBTOR TO ASCERTAIN IN DETAIL, THE FINANCIAL RELATIONSHIP AND CONTRACTUAL OBLIGATIONS ASSOCIATED WITH THIS COMMERCIAL TRANSACTION, IDENTIFIED IN THE SECURITY AGREEMENT REFERENCE ABOVE. ------ AFFIDAVIT OF TRUTHS AND POWER OF ATTORNEY IN FACT HAS BEEN NOTICED TO SECRETARY OF STATE, DEPARTMENT OF TREASURY, IRS, PROBATE, AND COUNTY. ADJUSTMENT OF THIS FILING IS IN ACCORD WITH HOUSE JOINT RESOLUTION HJR 192 OF JUNE 5TH 1933 AND UCC1- 103 AND 10-104. SECURED PARTY ACCEPTS DEBTOR SIGNATURE IN ACCORD WITH UCC1-201(39), 3-401.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

## UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS

| 11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form |
|---|
| **2024385925-4** |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

| | 12a. ORGANIZATION'S NAME |  |
|---|---|---|
| | **KEVIN LEWIS WALKER ESTATE** | |
| OR | 12b. INDIVIDUAL'S SURNAME | |
| | FIRST PERSONAL NAME | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

| | 13a. ORGANIZATION NAME | | | |
|---|---|---|---|---|
| OR | 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):

**EXPRESS MAIL # EI 949 909 944 US, AND NOTICE TENDERED/SENT TO INTERNAL REVENUE SERVICE VIA EXPRESS MAIL # EI 949 909 989 US. ALL SECURITIES, AND ASSETS ARE ACCEPTED FOR VALUE AND RETURNED FOR VALUE WITH HONOR. SAID REGISTRATION IS TO SECURE THE RIGHTS TO TITLE(S) AND INTEREST IN THE COLLATERAL. ADJUSTMENT IS PURVIEW OF PUBLIC HJR-192, PUBLIC POLICY 73-10, 31 USC 3123, UCC 3-311, 3-419, 3-104, 3-603, 1-104, 9-105. ISSUED WITH 1099-OID (ORIGINAL ISSUE DISCOUNT), 1099-A, AND ALSO A 1099-C.**

| 15. This FINANCING STATEMENT AMENDMENT: | 17. Description of real estate: |
|---|---|
| covers timber to be cut      covers as-extracted collateral      is filed as a fixture filing | |
| 16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest): | |

18. MISCELLANEOUS:

-Exhibit H-

███████

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Kevin Lewis Walker  310-923-8521

**B. E-MAIL CONTACT AT FILER (optional)**
kevinlwalker@me.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**
KEVIN LEWIS WALKER
c/o 41593 Winchester Road, Suite 200
Temecula, CA 92590, USA

| Filed in the Office of | Filing Number |
|---|---|
| *[signature]* F.H.Aguilar | **2024402433-7** |
| | Initial Filing Number |
| Secretary of State | **2024385925-4** |
| State Of Nevada | Filed On |
| | **April 30, 2024 09:00 PM** |
| | Number of Pages |
| | **2** |

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2024385925-4

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum(Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial ): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:      AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**   Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) ( USE exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME |
|---|
| 7b. INDIVIDUAL'S SURNAME |
| INDIVIDUAL'S FIRST PERSONAL NAME |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8.** ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:
**THIS IS AN AMENDMENT TO THE ORIGINAL ENTRY TO THE SECURED PARTY IN THE COMMERCIAL TO UCC- 1 FILE NO. 2024385925-4 AND BIRTH CERTIFICATE STATE FILE NUMBER 104-87-279345 AND THROUGH PRIVATE OFFSET ACCOUNT NUMBER F06271216 AS HEREIN REGISTERED TO CORRECT THE FILING AS TO ACCEPTANCE FOR VALUE/LIEN ON THE COLLATERAL AT $647,200.00 USD WITH YEARLY INTEREST RATE OF 6.250%, NOTE # 000+1365377+9+1-3 DATED JULY 15, 2022, AND DEED OF TRUST/SECURITY INSTRUMENT # 000+1365377+24+1+1-15 DATED JULY 15, 2022. SAID REGISTRATION IS TO SECURE THE RIGHTS TO TITLE(S) AND INTEREST IN THE COLLATERAL. ADJUSTMENT IS PURVIEW OF PUBLIC HJR-192, PUBLIC**

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME |
|---|
| KEVIN LEWIS WALKER ESTATE |

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA:**

**FILING OFFICE COPY** —  UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

FOLLOW INSTRUCTIONS

| | |
|---|---|
| 11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form | |
| **2024385925-4** | |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

| | 12a. ORGANIZATION'S NAME |
|---|---|
| | **KEVIN LEWIS WALKER ESTATE** |
| OR | 12b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) — SUFFIX |

13. Name of DEBTOR on related financing statement  (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

| | 13a. ORGANIZATION NAME |
|---|---|
| OR | 13b. INDIVIDUAL'S SURNAME — FIRST PERSONAL NAME — ADDITIONAL NAME(S)/INITIAL(S) — SUFFIX |

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):

**POLICY 73-10, 31 USC 3123, UCC 3-311,3-419, 3-104, 3-603, 1-104. ISSUED WITH OID.**

15. This FINANCING STATEMENT AMENDMENT:
covers timber to be cut      covers as-extracted collateral      is filed as a fixture filing

17. Description of real estate:

16. Name and address of a RECORD OWNER of real estate described in item 17
(if Debtor does not have a record interest):

18. MISCELLANEOUS:

— UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)

-Exhibit I-

███████

███████

███████

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Kevin Lewis Walker  310-923-8521 |

B. E-MAIL CONTACT AT FILER (optional)
kevinlwalker@me.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)
**KEVIN LEWIS WALKER**
**c/o 41593 Winchester Road, Suite 200**
**Temecula, CA 92590, USA**

| Filed in the Office of | Filing Number |
|---|---|
| *F H Aguilar* | **2024411182-7** |
| | Initial Filing Number |
| | **2024385925-4** |
| Secretary of State | Filed On |
| State Of Nevada | **June 15, 2024 05:57 AM** |
| | Number of Pages |
| | **2** |

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. | This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|---|
| **2024385925-4** | | (or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum(Form UCC3Ad) and provide Debtor's name in item 13 |

2.  **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3.  **ASSIGNMENT** (full or partial ): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
    For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4.  **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5.  **PARTY INFORMATION CHANGE:**

Check one of these two boxes:          AND Check one of these three boxes to:

| This Change affects | Debtor or | Secured Party of record | CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ADD name: Complete item 7a or 7b, and item 7c | DELETE name: Give record name to be deleted in item 6a or 6b |
|---|---|---|---|---|---|

6.  CURRENT RECORD INFORMATION:   Complete for Party Information Change - provide only one name (6a or 6b)

OR

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7.  CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) ( USE exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

OR

| 7a. ORGANIZATION'S NAME |
|---|
| 7b. INDIVIDUAL'S SURNAME |

| INDIVIDUAL'S FIRST PERSONAL NAME | | |
|---|---|---|
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8.  ☑ COLLATERAL CHANGE:  **Also** check one of these four boxes:  ☑ ADD collateral        DELETE collateral        RESTATE covered collateral        ASSIGN collateral

Indicate collateral:

**THIS IS AN AMENDMENT TO THE ORIGINAL ENTRY TO THE SECURED PARTY IN THE COMMERCIAL TO UCC- 1 FILE NO. 2024385925-4 AND BIRTH CERTIFICATE STATE FILE NUMBER 104-87-279345 AND THROUGH PRIVATE OFFSET ACCOUNT NUMBER F06271216 AS HEREIN REGISTERED TO CORRECT THE FILING AS TO ACCEPTANCE FOR VALUE/LIEN ON THE COLLATERAL AT SEVEN HUNDRED THOUSAND U.S. DOLLARS ($700,000.00 USD), PRIVATE BILL OF EXCHANGE INSTRUMENT, MONEY ORDER, TENDERED IN GOOD FAITH TO AGENT(S)/FIDUCIARY(IES) OF PHH MORTGAGE SERVICES VIA REGISTERED MAIL # RF 661 591 339 US FOR FULL SETTLEMENT AND SATISFACTION, WITH COPY OF LETTER OF CREDIT AND PREAUTHORIZED USE OF CREDIT BY WAY OF PRIVATE POST REGISTERED ACCOUNT # RF 661 448 023 US AND TWO HUNDRED BILLION DOLLAR ($200,000,000,000.00)**

9.  NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
    If this is an Amendment authorized by a DEBTOR, check here        and provide name of authorizing Debtor

OR

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **KEVIN LEWIS WALKER ESTATE** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS

| | |
|---|---|
| 11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form **2024385925-4** | |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

| | |
|---|---|
| | 12a. ORGANIZATION'S NAME **KEVIN LEWIS WALKER ESTATE** |
| OR | 12b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX |

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

| | 13a. ORGANIZATION NAME | | | |
|---|---|---|---|---|
| OR | 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):

**PRIVATE POST REGISTERED BOND # RF 661 448 567 US. ORIGINAL LETTER OF CREDIT DEPOSITED TO U.S. TREASURY PRIVATE POST REGISTERED ACCOUNT # RF 661 448 023 US, BY WAY OF REGISTERED MAIL # RF 661 590 299 US. FORM(S) 1099-OID TENDERED TO IRS BY WAY OF REGISTERED MAIL # RF 661 590 325 US. ALL BILLS, SECURITIES, AND/OR ASSETS ARE ACCEPTED FOR VALUE AND RETURNED FOR VALUE WITH HONOR. SAID REGISTRATION IS TO SECURE THE RIGHTS TO TITLE(S) AND INTEREST IN THE COLLATERAL. ADJUSTMENT IS PURVIEW OF PUBLIC HJR-192, PUBLIC LAW 73-10, BILLS OF EXCHANGE ACT, USC TITLE 26, 31 USC 3123, UCC 3-311,3-419, 3-104, 3-603, 3-402, 9-105, 1-104. ISSUED WITH 1099-A AND 1099-OID.**

| | |
|---|---|
| 15. This FINANCING STATEMENT AMENDMENT: <br> ☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing | 17. Description of real estate: |
| 16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest): | |

18. MISCELLANEOUS:

-Exhibit J-

<< Back to Process / Info / Case Parties / Filings / Misc / Summary

**Action ▾**   DRAFT399250 (In Progress)

### Case Parties

| Party# 1 | Plaintiff |
|---|---|
| Information | 🏢 MARINAJ PROPERTIES, LLC<br>CF |
| Attorney(s) | BARRY L O'CONNOR |

| Party# 2 | Defendant |
|---|---|
| Information | 👤 KEVIN WALKER (DEF)<br>CF |

| Party# 3 | Defendant |
|---|---|
| Information | 👤 DONNABELLE MORTEL (DEF)<br>CF |

| Party# 4 | Unknown Occupant |
|---|---|
| Information | 🏢 UNKNOWN OCCUPANTS<br>DEFAULT |

‹ Prev    Next ›



-Exhibit K-

Date: July 24, 2025

1

Kevin: Realworldfare
**Care of:** 30650 Rancho California Road # 406-251
Temecula, California [92591]
***non-domestic without*** the U̲nited S̲tates
Email: team@walkernovagroup.com

2

3

4

***Respondent, Secured Party,***
***Real Party In Interest, Injured Party***

5

6

7

8

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF RIVERSIDE

9

10

**MARINAJ PROPERTIES LLC,**
     [*Purported*] *Plaintiff,*

Case No. UDME2500465

11

*vs.*

12

13

™**KEVIN WALKER,** ™**DONNABELLE MORTEL©,** *Does 1-10 Inclusive,*
     [*Purported*] *Defendant*(s)/*Secured Parties*

**VERIFIED** NOTICE OF REMOVAL UNDER 28 U.S.C. § 1443(1) FOR CIVIL RIGHTS DEPRIVATION, WITH **VERIFIED** NOTICE OF **VOID REMAND** ISSUED BY **DISQUALIFIED JUDGE ACTING ULTRA VIRES** — NO TIME LIMIT FOR REMOVAL

14

15

16

17

18

(SPECIAL LIMITED APPEARANCE — **EQUITY** JURISDICTION PRESERVED)

19

20

21

22

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OR RECORD:

23

This matter is brought in **equity,** under the original and exclusive jurisdiction of

24

this Court as authorized by the Constitution of the United States, Article III, Section

25

2. All statutory jurisdiction is expressly denied and rebutted. This is a Court of

26

Record. All rights are reserved without prejudice pursuant to UCC 1-308

27

**PLEASE TAKE NOTICE** that Kevin: Realworldfare, **a living man,** private

28

American national, proceeding *sui juris, in propria persona,* **by Special Limited**

Page 1 of 4

Date: July 24, 2025

1  *Appearance* **only**, NOT as a "Defendant," **not pro se**, **not a "resident",** and **not** a

2  U.S. citizen under the 14th Amendment, but as the *Real Party in Interest* and

3  *Secured Party, Injured Party, Master Beneficiary, and Respondent* for the ens legis,

4  artificial entity, and corporate fiction **KEVIN LEWIS WALKER** (hereinafter

5  *Purported* "Cross-Defendant" or "ENS LEGIS"), hereby gives formal notice of

6  removal of the above-captioned action from the Superior Court of California for the

7  County of Riverside to the United States District Court for the Central District of

8  California, pursuant to **28 U.S.C. § 1443(1)**. This removal is based **exclusively** on the

9  invocation of federally protected **civil rights** that cannot be enforced in the

10  California state court forum and the ongoing fraud, deprivation of rights under

11  color of law, ultra vires acts, and ongoing civil rights violations.

12  This Court is now **divested of all jurisdiction** over this matter, and **no further**

13  **proceedings may lawfully be conducted** except to transmit the record to the

14  United States District Court and to enter ministerial orders acknowledging the

15  removal, pursuant to 28 U.S.C. § 1446(d).

16  Any further action attempted by the State court or its actors *shall* constitute a

17  continuing and willful violation of **federal law**, **due process**, and the **Supremacy**

18  **Clause of the United States Constitution**.

19      "The State court shall proceed no further…" — 28 U.S.C. § 1446(d)

20  Any judicial officer or party proceeding in disregard of this removal does so **under**

21  **color of law**, in open **defiance of controlling federal authority**, and may be held

22  personally liable for **civil rights violations**, **fraud upon the court**, and **ultra vires**

23  **acts**

24  Attached hereto as **Exhibit U** is a copy of the State notice that was filed on **July 24,**

25  **2025.**

26  //

27  //

28  //

Date: July 24, 2025

# VERIFICATION:

## Pursuant to 28 U.S.C. § 1746

I, <u>Kevin: Realworldfare</u>, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the **United States of America and the State of California**, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this <u>24th</u> day of <u>July</u> in the year of Our Lord two thousand and twenty five, *without* the United States, **with all rights reserved and without recourse and without prejudice.**

**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _Kevin: Realworldfare_

**Kevin: Realworldfare**, *Real Party In Interest,*

*Respondent, Secured Party, Injured Party*

//
//
//
//
//
//
//
//
//
//
//
//
//

Page 3 of 4

Date: July 24, 2025

# P R O O F   O F   S E R V I C E

STATE OF CALIFORNIA                    )

                                       )         ss.

COUNTY OF RIVERSIDE                    )

     I competent, over the age of eighteen years, and not a party to the within action.  On or about **July 24, 2025**, I served the within documents:

1. **VERIFIED NOTICE OF REMOVAL UNDER 28 U.S.C. § 1443(1) FOR CIVIL RIGHTS DEPRIVATION, WITH VERIFIED NOTICE OF VOID REMAND ISSUED BY DISQUALIFIED JUDGE ACTING ULTRA VIRES — NO TIME LIMIT FOR REMOVAL**

2.                         **EXHIBIT U**

     **By Electronic Service.**  Based on a court order and/or an **agreement of the parties** to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

> Naji Doumit, Mary Doumit, Daniel Doumit
> C/o **NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**
> louisatoui3@yahoo.com
> najidoumit@gmail.com

> John L. Bailey (#103867), Therese Bailey (#171043)
> C/o **THE BAILEY LEGAL GROUP**
> jbailey@tblglaw.com
> tbailey@tblglaw.com

> Barry-Lee: O'Connor (#134549)
> **C/o BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES**
> udlaw2@aol.com

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on **July 24, 2025** in Riverside County, California.

                                   *_/s/Chris Yarbra/_*
                                     Chris Yarbra

Page 4 of 4

VERIFIED NOTICE OF REMOVAL UNDER 28 U.S.C. § 1443(1) FOR CIVIL RIGHTS DEPRIVATION, WITH VERIFIED NOTICE OF VOID REMAND ISSUED BY DISQUALIFIED JUDGE ACTING ULTRA VIRES — NOTIME LIMIT FOR REMOVAL

Page 91 of 91