JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:25-cv-01918-SSS-SPx | Date | October 15, 2025 |
|---|---|---|---|
| Title | *Marinaj Properties LLC v. Kevin Realworldfare et al.* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present                            None Present

**Proceedings:   (IN CHAMBERS) ORDER REMANDING CASE TO RIVERSIDE COUNTY SUPERIOR COURT [DKT. NO. 8]**

This case arises from the same underlying state court proceeding as *Marinaj Properties LLC v. Kevin Realworldfare et al.*, 5:25-cv-01450-SSS-SP (Riverside County Superior Court Case No. UDME2500465). This Court remanded that state court case to California State Court for untimely removal on July 24, 2025. [Dkt. No. 52, "Prior Order"]. Despite the Prior Order, Defendant once again removed the case to federal court the same day. [Dkt. No. 1].

There appear to be no change in circumstances from the prior remand of this case. Accordingly, the Court **ORDERS** this case be remanded to the Superior Court of the State of California in and for the County of Riverside for the same reasons described in the Court's previous order in *Marinaj Properties LLC v. Kevin Realworldfare et al.*, Case No. 5:25-cv-01450-SSS-SP. [*See generally* Prior Order].

**IT IS SO ORDERED.**